## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL,<br>    Plaintiff | :<br>:<br>: |
| v. | : Civil Action No. 3:03CV194 (CFD)<br>: |
| PENSION FUND, NEW ENGLAND<br>TEAMSTERS & TRUCKING INDUS.,<br>et al.,<br>    Defendants. | :<br>:<br>:<br>:<br>: |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____   A recommended ruling on the following motions which are currently pending: (orefm.)

____   A ruling on the following motion which is currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

____   A conference to discuss and approve the following: (orefmisc./cnf)

____   Other: (orefmisc./misc) _____

SO ORDERED this __11th__ day of May 2004, at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge