UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, <br><br> Plaintiff, <br><br> vs. <br><br> NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, DAVID W. LAUGHTON, PAUL V. WALSH, ANTHONY S. BUONPANE, GEORGE W. CASHMAN, J. LEO BARRY, JOHN J. MCCARTHY, JR., WILLIAM M. VAUGHN III, and J. DAWSON CUNNINGHAM, <br><br> Defendants. | Case No. 3:03cv194(CFD) |

## DEFENDANTS' REQUEST TO POSTPONE TRIAL CALL UNTIL AFTER THE COURT HAS RULED ON DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, New England Teamsters & Trucking Industry Pension Fund, et al, and hereby move the Court for a postponement of the Trial Call scheduled for March 4, 2005, until after the Court has ruled on Defendants' Motion for Leave to File a Motion for Summary Judgment. As grounds for their Motion, Defendants state as follows:

1. On February 18, 2005, Defendants filed their Motion for Leave to File a Supplemental Motion for Summary Judgment.

2. Defendants attached to their Motion for Leave a Motion for Supplemental Summary Judgment along with all supporting documentation.

3.  Defendants believe that Defendants' Supplemental Motion for Summary Judgment will resolve the outstanding issues remaining in this case and render a trial unnecessary.

4.  Postponing Trial Call until after the Court rules on Defendants' Motion for Leave and Supplemental Motion for Summary Judgment would save the Court and all parties involved from further expenditure of time and resources that might not be necessary following the Court's ruling on the Motion for Leave and Supplemental Motion for Summary Judgment.

5.  Defendants' counsel has conferred with Pro Se Plaintiff Thomas E. Tyndall regarding this matter. Mr. Tyndall has refused to assent to this Motion.

WHEREFORE, Defendants respectfully request that the Court postpone the Trial Call of this case until after the Court has ruled on Defendants' Motion for Leave to File a Supplemental Motion for Summary Judgment and Defendants' Supplemental Motion for Summary Judgment.

Dated: March 1, 2005.

                                                      Respectfully submitted
                                                      For the Defendants
                                                      By their attorneys,

                                                      Jonathan M. Conti
                                                      Federal Bar No. ct24593
                                                      Feinberg, Campbell & Zack, P.C.
                                                      177 Milk Street
                                                      Boston, MA 02109
                                                      (617) 338-1976
                                                      www:jmc@fczlaw.com

By Local Counsel,

*Thomas M. Brockett*

Thomas M. Brockett,
Federal Bar No. ct10873
Robert M. Cheverie & Associates, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108]
(860) 290-9610
www:CheverieAndAssoc@AOL.com

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, hereby certify that I caused a copy of the foregoing to be served on pro se plaintiff Thomas E. Tyndall by depositing a copy thereof by certified mail with the United States Postal Service on March 1, 2005 addressed to Thomas E. Tyndall, P.O. Box 6041, Wolcott, CT 06716.

Jonathan M. Conti