UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEW ENGLAND TEAMSTERS & TRUCKING )<br>INDUSTRY PENSION FUND, )<br>DAVID W. LAUGHTON, PAUL V. WALSH, )<br>ANTHONY S. BUONPANE, GEORGE W. )<br>CASHMAN, J. LEO BARRY, JOHN J. )<br>MCCARTHY, JR., WILLIAM M. VAUGHN III, )<br>and J. DAWSON CUNNINGHAM, )<br>)<br>Defendants. )<br>) | Case No. 3:03cv194(CFD) |

### DEFENDANTS' REQUEST TO POSTPONE TRIAL CALL UNTIL AFTER THE COURT HAS RULED ON DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, New England Teamsters & Trucking Industry Pension Fund, et al, and hereby move the Court for a postponement of the Trial Call scheduled for March 4, 2005, until after the Court has ruled on Defendants' Motion for Leave to File a Motion for Summary Judgment. As grounds for their Motion, Defendants state as follows:

1. On February 18, 2005, Defendants filed their Motion for Leave to File a Supplemental Motion for Summary Judgment.

2. Defendants attached to their Motion for Leave a Motion for Supplemental Summary Judgment along with all supporting documentation.

[Handwritten notation: Denied. So ordered. 3/3/05]