UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

THOMAS E. TYNDALL, )
    )
            Plaintiff, )
    )
v. )
    )
NEW ENGLAND TEAMSTERS & TRUCKING )
INDUSTRY PENSION FUND, ) Case No. 3:03cv194(CFD)
DAVID W. LAUGHTON, PAUL V. WALSH, )
ANTHONY S. BUONPANE, GEORGE W. )
CASHMAN, J. LEO BARRY, JOHN J. )
MCCARTHY, JR., WILLIAM M. VAUGHN III, )
and J. DAWSON CUNNINGHAM, )
    )
            Defendants. )

FILED
2005 MAY -2 P 12: 07

## SPECIAL MOTION TO DENY DEFENDANT'S
## SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

The Defendant's motion is time barred by the rules of Court issued at start of instant case by Kevin F. Rowe, Clerk of Court 2nd District for Connecticut, New Haven, CT order on pretrial deadlines.

Section E rule of Court officially deny any Summary Judgment application after 7 months. (copy enclosed)

Plaintiff has requested in previous papers that the Court look into the possibility that the Court might vacate previous ruling of April 29, 2003 based on reasons that allow the Fund to break the law and also violate the Pension Plan rules, but the time element of the First Summary Judgment application by the Defense suggests that the application was in excess of the 7 month rule also. Judge Wolf of the first district, Boston, Mass did accept removal into federal court and transferred this instant case on November 29, 2002. From November 29, 2002 to July 11, 2005 is (9) nine months. 2 months in excess of the (7) seven month rule

Dated this ___ day of May, 2005.

                                                    Respectfully submitted,
                                                   By the Plaintiff, Pro-Se,

                                                   Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, pro se plaintiff, certify that I caused a copy of the foregoing to be served to the following by ___HAND___ on May __2__, 2005.

    Thomas M. Brockett, Local Counsel for the Defendants
    Robert M. Cheverie & Associates, P.C.
    333 East River Drive
    East Hartford, CT 06108

    United States District Court for the District of Connecticut
    Abraham Ribicoff Building
    Main Street
    Hartford, CT

                                                   Plaintiff Pro-Se,

                                                   Thomas E. Tyndall

# Certificate of Award

In recognition of your long years of employment, the Board of Trustees, on behalf of your Local Union and your Employer, take great satisfaction in providing you with this document which certifies the pension benefits awarded to you under the Rules and Regulations of the Pension Plan.

## This is to certify that

THOMAS E. TYNDALL

having retired from employment after the requisite years of employment and having met the qualifications established by the Trustees of the Pension Fund for eligibility is entitled to retirement benefits as specified below:

Date of Award         March 9, 1995            Certificate No.    36548

Effective Date of Benefits         FEBRUARY 1, 1995

Pension Type                       REDUCED

_____          _____
Chairman of Employer Trustees       Chairman of Union Trustees

_____          _____
Employer Trustee                    Union Trustee

_____          _____
Employer Trustee                    Union Trustee

_____          _____
Employer Trustee                    Union Trustee

**NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND**

*Check w/ Clerk 12/27 or later*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

*DOCKETED*

*12/9/02*

| | |
|---|---|
| THOMAS E. TYNDALL,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND,<br>DAVID W. LAUGHTON, PAUL V. WALSH, ANTHONY S. BUONPANE, GEORGE W. CASHMAN, J. LEO BARRY, JOHN J. MCCARTHY, JR., WILLIAM M. VAUGHN III, and J. DAWSON CUNNINGHAM,<br><br>Defendants. | Case No. 02-BV-12090MLW |

### DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

I. BACKGROUND

On October 18, 2002, Defendants filed a Notice of Removal to remove the complaint filed by the Plaintiff in the Waterbury Superior Court of the State of Connecticut, *Thomas E. Tyndall vs. New England Teamsters & Trucking Industry Pension Fund, David W. Laughton, Paul V. Walsh, Anthony S. Buonpane, George W. Cashman, J. Leo Barry, John J. McCarthy, Jr., William M. Vaughn III, and J. Dawson Cunningham*, Docket No. CV-02-0174343-S, to this Court pursuant to 28 U.S.C. §1441(a) and (b) and 28 U.S.C. §1446. Defendants removed the case based upon the fact that Plaintiff's cause of action arises under ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B), a civil action over which the federal district courts have original jurisdiction.

*As this case was properly removed to federal court and the parties agree the District of Connecticut is the most appropriate federal venue, this case is hereby transferred to the District of Connecticut. [signature] 11/29/02*