July 12, 1990

July 12 - 1990

NEW ENGLAND
TEAMSTERS &
TRUCKING INDUSTRY
PENSION FUND

535 Boylston Street
Boston, Massachusetts 02116-3770
Tel. 617-266-8900
Fax 617-247-8188

Toll Free Telephone Nos.
Mass. Only 800-322-1216
Out of State 800-447-7709

*"Advice about claims, benefits, eligibility or status of participants is based on the present rules of the Fund which are subject to change without notice."*

Mr. Thomas E. Tyndall
86 Forest Road
Millis, MA 02054

Dear Mr. Tyndall:

We have completed processing your file and regret to advise you that your application for a Reduced Pension has been rejected. You left Covered Employment before attaining Vested Status. Starting with 1971, you failed to earn at least eight (8) months of pension credit in any of six (6) consecutive calendar years and by 1980, when you reached age fifty-two, you were out more than nine (9) years (Sections 4.04 and 6.03b). Furthermore, you do not meet the requirements for a Statutory Pension (Article VI).

As a result of this rejection, any option you elected on the application is null and void.

Before the Break, you were credited with the following years:

Prior to Contribution Period
1953, 1955-3/58 — 4 years, 3 months

During Contribution Period

| Year | Hours | Months Credit |
|---|---|---|
| 1958 | 1,223 | 8 |
| 1959 | 2,092 | 12 |
| 1960 | 2,022 | 12 |
| 1961 | 2,051 | 12 |
| 1962 | 2,123 | 12 |
| 1963 | 1,943 | 12 |
| 1964 | 2,071 | 12 |
| 1965 | 2,079 | 12 |
| 1966 | 2,062 | 12 |
| 1967 | 2,070 | 12 |
| 1968 | 2,066 | 12 |
| 1969 | 2,020 | 12 |
| 1970 | 1,320 | 8 |
| 1971 | 23 | 0 |
| 1972 | 751 | 5 |
| 1973 | 40 | 0 |
| 1974 | 0 | 0 |
| 1975 | 0 | 0 |
| 1976 | 152 | 1 |
| 1977 | 98 | 0 |
| | | 154 = 12 years, 10 months |

Cancelled because of Break in Service - 17 years, 1 month

Three (3) years of Vesting Service earned after December 31, 1970, are required to make the credit earned prior to 1971 acceptable toward Years of Vesting Service. You earned only one (1) year of Vesting Service Credit (750 hours) in 1972 - Section 6.02.

Claim Procedures adopted by the Trustees require that the Fund Office advise you that you have the right to appeal this ruling within the time limit. Copy of these Procedures is enclosed.

Very truly yours,

Helen Debreceni
Fund Manager

HD:B
Enclosure

cc: Local Union 671

For more information on the PBGC insurance protection and its limitations, employees should ask the Plan Administrator (Fund Office) or the PBGC. Inquiries to the PBGC should be addressed to the Office of Communications, PBGC, 2020 K Street, N.W., Washington, D.C. 20006. The PBGC Office of Communications may also be reached by calling (202) 254-4817.

## Employee Rights Under the Employee Retirement Income Security Act of 1974 (ERISA)

This Pension Plan was established as the result of Collective Bargaining Agreements and its purpose is to improve the security and well-being of the employees and their beneficiaries. The Trustees, the Employers, and the Union want an employee as a participant in the Plan to receive the full benefits to which he is entitled. This booklet describes the Plan and tells the employee and his beneficiary how to get more information. The description of the claims and appeals procedure explains how to apply for benefits and how to follow up, if necessary.

However, in addition to what the Trustees, the Employers and the Union have done to see that the Plan's benefits are fulfilled, federal regulations require the following summary of rights and protections to which every participant in the Plan is entitled under the law (ERISA):

ERISA provides that an employee, as a plan participant, shall be entitled to:

Examine, without charge, at the Plan Administrator's office and specified locations, such as qualified worksites and union halls, all plan documents, including insurance contracts, Collective Bargaining Agreements and copies of all documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

Obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

1979

Obtain a statement telling him whether he has a right to receive a pension at Normal Retirement Age (age 64, or, if later, his age on the tenth aniversary of his plan participation) and, if so, what his benefits would be at Normal Retirement Age if he stopped working under the Plan now. If an employee does not have a right to a pension, the statement will advise him how many more years he has to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once a year. The Plan must provide the statement free of charge. The Plan will provide this information to the extent it is able to, based on available records.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate the Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of employees and other plan participants and beneficiaries. No one, including an employee's Employer, his Union, or any other person, may fire him or otherwise discriminate against him in any way to prevent him from obtaining a pension benefit or exercising his rights under ERISA.

Under ERISA, there are steps an employee can take to enforce the above rights. For instance, if he requests material from the Plan and does not receive it within 30 days, he may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay the employee up to $100 a day until he receives the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If an employee has a claim for benefits which is denied or ignored, in whole or in part, he may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the Plan's money, or if he is discriminated against for asserting his rights, he may seek assistance from the U.S. Department of Labor, or he may file suit in a federal court. The court will decide who should pay court costs and legal fees. If the employee is successful, the court may order the person he has sued to pay these costs and fees. If he loses, the court may order him to pay these costs and fees, for example, if it finds his claim frivolous.

If an employee has questions about the Plan, or his rights, or this statement, he should contact the Fund Office. He may also direct any such questions to the nearest Office of the U.S. Labor-Management Services Administration, Department of Labor.

# PUBLIC LAW 93-406
# 93RD CONGRESS, H.R.2
# SEPTEMBER 2, 1974
# ALSO KNOWN AS ERISA LAW

## Claims Procedure

Sec. 503. In accordance with regulations of the Secretary, every 29 USC 1133, employee benefit plan shall –

(1) provide adequate notice in writing to any participant or beneficiary whose claim for benefits under the plan has been denied, setting forth the specific reasons for such denial, written in a manner calculated to be understood by the participant, and

(2) afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim.

(617) 266-8900

NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND

535 Boylston Street Boston, Mass. 02116

D

DATE- 3/05/90 TIME- 9:03:23 RE: TOTAL CREDIT

T TYNDALL
60 LAKEVIEW DR
WOLCOTT CT 06716

S.S.#. 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

1951
1952
1953
1954
1955
1956
1957

PER YOUR REQUEST, BELOW IS A LIST OF HOURS REPORTED ON YOUR BEHALF BY YOUR EMPLOYER(S) AND THE TRANSLATION OF THESE HOURS INTO CREDITS YOU HAVE WITH THIS PENSION FUND:

| YEAR | HOURS | CR | YEAR | HOURS | CR | YEAR | HOURS | CR | YEAR | HOURS | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1958 | 1,223 | 8 | 1966 | 2,062 | 12 | 1974 | | | 1982 | | |
| 1959 | 2,092 | 12 | 1967 | 2,070 | 12 | 1975 | | | 1983 | | |
| 1960 | 2,022 | 12 | 1968 | 2,066 | 12 | 1976 | 152 | 1 | 1984 | 16 | |
| 1961 | 2,051 | 12 | 1969 | 2,020 | 12 | 1977 | 98 | | 1985 | | |
| 1962 | 2,123 | 12 | 1970 | 1,320 | 8 | 1978 | | | 1986 | | |
| 1963 | 1,943 | 12 | 1971 | 23 | | 1979 | | | 1987 | | |
| 1964 | 2,071 | 12 | 1972 | 751 | 5 | 1980 | | | 1988 | | |
| 1965 | 2,079 | 12 | 1973 | 40 | | 1981 | | | 1989 | | |
| | | | | | | | | | 1990 | | |

CONTRIBUTORY SERVICE=> 12 YEARS 10 MONTHS

"ADVICE ABOUT CLAIMS, BENEFITS, ELIGIBILITY OR STATUS OF PARTICIPANTS IS BASED ON THE PRESENT RULES OF THE FUND WHICH ARE SUBJECT TO CHANGE WITHOUT NOTICE."

Public Law 93-406

93rd Congress, H.R.2

September 2, 1974

Section 1

This Act may be cited as the "Employee Retirement Income Security Act of 1974", better known as Erisa Law.

Section 204

(g) The accrued benefit of a participant under a plan may not be decreased by an amendment of the plan, other than an amendment described in section 302(c)(8).

Section 302(c)(8)

(C) does not reduce the accrued benefit of any participant determined as of the time of adoption except to the extent required by the circumstances.

No amendment described in this paragraph which reduced the accrued benefits of any participant shall take effect unless the plan administrator files a notice with the Secretary notifying him of such amendment and the Secretary has approved such amendment or, within 90 days after the date on which such notice was filed, failed to disapprove such amendment. No amendment described in this subsection shall be approved by the Secretary unless he determines that such amendment is necessary because of a substantial business hardship (as determined under section 303(b)) and that waiver under section 303(a) is unavailable or adequate.

Section 303

(a) If an employer, or in the case of a multiemployer plan, 10 percent or more of the number of employers contributing to or under the plan are unable to satisfy the minimum funding standard for a plan year without substantial business hardship and if application of the standard would be adverse to the interests of plan participants in the aggregate, the Secretary of the Treasury may waive the requirements of section 302(a) for such year with respect to all or any portion of the minimum funding standard other than the portion thereof determined under section 302(b)(2)(C). The Secretary of the Treasury shall not waive the minimum funding standard with respect to a plan for more than 5 of any 15 consecutive plan years.

(b) For purposes of this part, the factors taken into account in determining substantial business hardship shall include (but shall not be limited to) whether –

(1) the employer is operating at an economic loss,

(2) there is substantial unemployment or underemployment in the trade or business and in the industry concerned,

(3) the sales and profits of the industry concerned are depressed or declining, and

(4) it is reasonable to expect that the plan will be continued only if the waiver is granted.

(c) For purposes of this part, the term "waived funding deficiency" means the portion of the minimum funding standard (determined without regard to subsection (b)(3)(C) of section 302) for a plan year waived by the Secretary of the Treasury and not satisfied by employer contributions.

(d) Cross Reference. For corresponding duties of the Secretary of the Treasury with regard to implementation of the Internal Revenue Code of 1954, see section 412(d) of such Code.

Internal Revenue Code of 1954

Section 412 – Minimum Funding Standards

(d) Variance from minimum funding standard.

(1) Waiver in case of substantial business hardship. If a employer or in the case of a multiemployer plan, 10 percent or more of the number of employers contributing to or under the plan, are unable to satisfy the minimum funding standard for a plan year without substantial business hardship and if application of the standard would be adverse to the interests of plan participants in the aggregate, the Secretary or his delegate may waive the requirements of subsection (a) for such year with respect to all or any portion of the minimum funding standard other than the portion thereof determined under subsection (b) (2) (C). The Secretary or his delegate shall not waive the minimum funding standard with respect to a plan for more than 5 of any 15 consecutive plan years.

(2) Determination of substantial business hardship. For purposes of this section, the factors taken into account in determining substantial business hardship shall include (but shall not be limited to) whether or not –

(A) the employer is operating at an economic loss.

(B) there is substantial unemployment or underemployment in the trade or business and in the industry concerned,

(C) the sales and profits of the industry concerned are depressed or declining, and

(D) it is reasonable to expect that the plan will be continued only if the waiver is granted.

(3) Waived funding deficiency. For purposes of this section, the term "waived funding deficiency" means the portion of the minimum funding standard (determined without regard to subsection (b) (3) (C)) for a plan year waived by the Secretary or his delegate and not satisfied by employer contributions.

1958
1963
1964
1967
1971
1974
1979
1985
1989
1994
1997

(11)
PLANS

1958

have the right to terminate or reduce any pension benefits to former Covered Employees of the employer if the total amount contributed by the said Contributing Employer is less than the actuarially determined value of the pension benefits approved for former Covered Employees of such Contributing Employer.

## ARTICLE IX. AMENDMENT, TERMINATION AND GENERAL PROVISIONS

### SECTION 1

**Amendment**

The Trustees may amend or modify these Regulations at any time in accordance with the Agreement and Declaration of Trust establishing the Pension Fund, except that no amendment or modification may reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits, nor may any amendment or modification enable any of the assets of the Pension Fund to be returned or paid to any Contributing Employer or Local Union.

### SECTION 2

**Actuarial Reviews**

These Rules and Regulations have been adopted by the Trustees on the basis of an actuarial estimate which has established (to the fullest extent possible) that the income and accruals of the Fund will be fully sufficient to support this benefit plan on a permanent basis. However, it is recognized as possible that, in the future, the income and/or the liabilities of the Fund may be substantially different from those previously anticipated.

It is understood that this Pension Plan can be fulfilled only to the extent that the Fund has assets available from which to make the payments provided for. Consequently, the Trustees shall have prepared, annually, an actuarial evaluation of the Fund.

Upon the basis of all of the circumstances, the Trustees may from time to time amend these Regulations including any change in benefit amount, types of benefits, and conditions of eligibility and payment, except that no amendment shall in any way reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits.

SECTION 3 *Continued*

1963

quire the continuation of contributions to the Fund, and if one or more Covered Employees of such Contributing Employer has retired under the provisions of the Plan, the Trustees shall have the right to terminate or reduce any pension benefits to former Covered Employees of the employer if the total amount contributed by the said Contributing Employer is less than the actuarially determined value of the pension benefits approved for former Covered Employees of such Contributing Employer.

## ARTICLE IX. AMENDMENT, TERMINATION AND GENERAL PROVISIONS

### SECTION 1

**Amendment**

The Trustees may amend or modify these Regulations at any time in accordance with the Agreement and Declaration of Trust establishing the Pension Fund, except that no amendment or modification may reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits, nor may any amendment or modification enable any of the assets of the Pension Fund to be returned or paid to any Contributing Employer or Local Union.

### SECTION 2

**Actuarial Reviews**

These Rules and Regulations have been adopted by the Trustees on the basis of an actuarial estimate which has established (to the fullest extent possible) that the income and accruals of the Fund will be fully sufficient to support this benefit plan on a permanent basis. However, it is recognized as possible that, in the future, the income and/or the liabilities of the Fund may be substantially different from those previously anticipated.

It is understood that this Pension Plan can be fulfilled only to the extent that the Fund has assets available from which to make the payments provided for. Consequently, the Trustees shall have prepared, annually, an actuarial evaluation of the Fund.

Upon the basis of all of the circumstances, the Trustees may from time to time amend these Regulations including any change in benefit amount, types of benefits, and conditions of eligibility and payment, except that no amendment shall in any way reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits.

1964

[illegible]ontributing Employer does not make contributions to the Fund as [illegible]quired by his collective bargaining agreement with the Local Union and by the administrative procedures adopted by the Trustees, the Trustees may, in their discretion, terminate the Contributing Employer's status as a Contributing Employer, and may cancel retroactively years of Credited Service based on employment with such employer, provided, however, that such cancellation of Credited Service shall not be invoked if, in the opinion of legal counsel for the Fund, the delinquent amount due cannot be collected because of insolvency of the employer.

## Section 3. TERMINATION OF OBLIGATION TO CONTRIBUTE

If, subsequent to the conclusion of a collective bargaining agreement between a Contributing Employer and a Local Union requiring contributions to the Fund, the Contributing Employer and Local Union enter into an agreement which does not require the continuation of contributions to the Fund, and if one or more Covered Employees of such Contributing Employer has retired under the provisions of the Plan, the Trustees shall have the right to terminate or reduce any pension benefits to former Covered Employees of the employer if the total amount contributed by the said Contributing Employer is less than the actuarially determined value of the pension benefits approved for former Covered Employees of such Contributing Employer.

# ARTICLE IX. AMENDMENT, TERMINATION AND GENERAL PROVISIONS

## Section 1. AMENDMENT

The Trustees may amend or modify these Regulations at any time in accordance with the Agreement and Declaration of Trust establishing the Pension Fund, except that no amendment or modification may reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits, nor may any amendment or modification enable any of the assets of the Pension Fund to be returned or paid to any Contributing Employer or Local Union.

## Section 2. ACTUARIAL REVIEWS

These Rules and Regulations have been adopted by the Trustees on the basis of an actuarial estimate which has established (to the fullest extent possible) that the income and accruals of the Fund will be fully sufficient to support this benefit plan on a permanent basis. However, it is recognized as possible that, in the future, the income and/or the liabilities of the Fund may be substantially different from those previously anticipated.

It is understood that this Pension Plan can be fulfilled only to the extent that the Fund has assets available from which to make the payments provided for. Consequently, the Trustees shall have prepared, annually, an actuarial evaluation of the Fund.

Upon the basis of all of the circumstances, the Trustees may from time to time amend these Regulations including any change in benefit amount, types of benefits, and conditions of eligibility and payment, except that no amendment shall in any way reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits.

## Section 3. DISCONTINUANCE

**(As Amended Effective June 1, 1964)**

If this Pension Plan is discontinued, to the extent that the assets then remaining in the Pension Fund shall be sufficient and after providing for any administrative expenses, such assets shall be allocated for the purpose of paying retirement benefits to Pensioners (based on pension credits to the date of discontinuance of the Pension Fund) in the following order of precedence:

(a) to provide pensions to persons who shall have retired under the Plan prior to its discontinuance, without reference to the order of retirement;

(b) to provide pensions to Covered Employees age 62 or over on the date of discontinuance, without reference to the order in which they shall have reached normal retirement age;

(c) to provide pensions to Covered Employees under Benefit Plan A who attain 30 years of Credited Service and meet the general eligibility requirements for a Minimum Pension, with reference to the order in which they will attain such eligibility;

(d) to provide pensions to eligible widows whose husbands have duly elected the Widow's Pension Option under Benefit Plan A and whose husbands shall die while the corpus of the Fund is not fully distributed to meet the obligations imposed by the above priorities of distribution;

(e) to provide pensions upon attainment of age 62 to Covered Employees less than 62 years of age on the date of the discontinuance, with reference to the order in which they will attain age 62.

(f) to provide pensions upon attainment of age 52 to Covered Employees less than 52 years of age on the date of the discontinuance, with reference to the order in which they will attain age 52.

## Section 4. NON-ASSIGNMENT OF BENEFITS

It is the intention of the Trustees to make it impossible for employees or Pensioners covered by these Rules and Regulations to unwisely imperil the provisions made for their retirement by their assigning, pledging or otherwise disposing of their retirement payments hereunder.

1967

Credit shall not be counted in determining whether there has been a period of no covered employment sufficient to constitute a break in service. Employment not covered by a Related Plan or Terminal Plan for less than five years shall not constitute a break in service.

### Section 7. ELECTION OF PENSIONS

If an employee is elgible for more than one type of pension under this Plan, he shall be entitled to elect the type of pension he is to receive.

### Section 8. PARTIAL PENSION AMOUNT

The amount of the Partial Pension shall be determined as follows:

(a) The amount of the pension to which the employee would be entitled under this Plan taking into account his Combined Service Credit shall be determined, then

(b) The amount of service credit earned with this Plan since January 1, 1955, shall be divided by the total amount of Combined Service Credit earned by the employee since January 1, 1955, then

(c) The fraction so determined in (b) shall be multiplied by the pension amount determined in (a) and the result shall be the Partial Pension amount payable by this Plan.

### Section 9. PAYMENT OF PARTIAL PENSIONS

The payment of a Partial Pension shall be subject to all of the conditions contained in this Plan applicable to other types of pensions including, but not limited to, retirement as herein defined and timely application. Partial Pension payments subject to this Article shall be limited to monthly pension payments to a pensioner or to monthly payments or death benefits to the survivor of a pensioner.

### Section 10. EFFECTIVE DATE

This Article and the payment of partial pensions hereunder, shall be effective on April 20, 1965.

## ARTICLE X. AMENDMENT, TERMINATION AND GENERAL PROVISIONS

### Section 1. AMENDMENT

The Trustees may amend or modify these Regulations at any time in accordance with the Agreement and Declaration of Trust establishing the Pension Fund, except that no amendment or modification may reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits, nor may any amendment or modification enable any of the assets of the Pension Fund to be returned or paid to any Contributing Employer or Local Union.

### Section 2. ACTUARIAL REVIEWS

These Rules and Regulations have been adopted by the Trustees on the basis of actuarial studies which has established (to the fullest extent

possible) that the income and accruals of the Fund will be fully sufficient to support this benefit plan on a permanent basis. However, it is recognized as possible that, in the future, the income and/or liabilities of the Fund may be substantially different from those previously anticipated.

It is understood that this Pension Plan can by fulfilled only to the extent that the Fund has assets available from which to make the payments provided for in this Plan. Consequently, the Trustees shall have prepared, annually, an actuarial evaluation of the Fund.

Upon the basis of all of the circumstances, the Trustees may from time to time amend these Regulations including any change in benefit amount, types of benefits, and conditions of eligibility and payment, except that no amendment shall in any way reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits.

## Section 3. DISCONTINUANCE

If this Pension Plan is discontinued, to the extent that the assets then remaining in the Pension Fund shall be sufficient and after providing for any administrative expenses, such assets shall be allocated for the purpose of paying retirement benefits to Pensioners (based on pension credits to the date of discontinuance of the Pension Fund) in the following order of precedence:

(a) to provide pensions to persons who shall have retired under the Plan prior to its discontinuance, without reference to the order of retirement;

(b) to provide pensions to Covered Employees age 62 or over on the date of discontinuance, without reference to the order in which they shall have reached normal retirement age;

(c) to provide pensions to Covered Employees who attain 30 years of Credited Service and meet the general eligibility requirements for a Minimum Pension, with reference to the order in which they will attain such eligibility;

(d) to provide pensions to eligible widows whose husbands have duly elected the Widow's Pension Option and whose husbands shall die while the corpus of the Fund is not fully distributed to meet the obligations imposed by the above priorities of distribution;

(e) to provide pensions upon attainment of age 62 to Covered Employees less than 62 years of age on the date of the discontinuance, with reference to the order in which they will attain age 62;

(f) to provide pensions upon attainment of age 52 to Covered Employees less than 52 years of age on the date of the discontinuance, with reference to the order in which they will attain age 52.

## Section 4. NON-ASSIGNMENT OF BENEFITS

It is the intention of the Trustees to make it impossible for employees or Pensioners covered by these Rules and Regulations unwisely to imperil the provisions made for their retirement by their assigning, pledging or otherwise disposing of their retirement payments hereunder.

*1971*

Credits. The Trustees shall compute Related Service Credits on the basis on which that credit has been earned and credited under the Related Plan and certified by the Related Plan to this Plan.

## Section 4.    Combined Service Credit

The total of an employee's service credit under this Plan and Related Service Credit together comprise the employee's Combined Service Credit. Not more than one year of Combined Service Credit shall be counted in any calendar year.

## Section 5.    Eligibility

An employee shall be eligible for a Partial Pension under this Plan if he satisfies all of the following requirements:

(a) He would be eligible for any type of pension under this Plan (other than a Partial Pension) if his Combined Service Credit were treated as service credit under this Plan; and

(b) In addition to any other requirements necessary to be eligible under (a), he has, under this Plan, at least two years of service credit based on actual employment after his Effective Date of coverage; and

(c) He is found to be (1) eligible for a partial pension from a Related Plan and (2) eligible for a partial pension from the Terminal Plan. The Terminal Plan shall be deemed to be the Plan associated with the local union which represents the employee at the time of, or immediately prior to, his retirement. If at that time the employee was not represented by any one such local union, then the Terminal Plan is the one to which the bulk of contributions were paid on behalf of the employee in the 36 consecutive calendar months immediately preceding his retirement; and

(d) A pension is not payable to him from a Related Plan independently of its provisions for a Partial Pension. However, an employee who is entitled to a pension other than a Partial Pension from this Plan or a Related Plan may elect to waive the other pension and qualify for the Partial Pension.

## Section 6.    Breaks In Service

In applying the rules of this Plan with respect to cancellation of service credit, any period in which an employee has earned Related Service Credit shall not be counted in determining whether there has been a period of no covered employment sufficient to constitute a break in service. Employment not covered by a Related Plan or Terminal Plan for less than five years shall not constitute a break in service.

## Section 7.    Election Of Pensions

If an employee is eligible for more than one type of pension under this Plan, he shall be entitled to elect the type of pension he is to receive.

## Section 8.    Partial Pension Amount

The amount of the Partial Pension shall be determined as follows:

(a) The amount of the pension to which the employee would be entitled under this Plan taking into account his Combined Service Credit shall be determined, then

(b) the amount of service credit earned with this Plan since January 1, 1955, shall be divided by the total amount of Combined Service Credit earned by the employee since January 1, 1955, then

(c) The fraction so determined in (b) shall be multiplied by the pension amount determined in (a) and the result shall be the Partial Pension amount payable by this Plan.

## Section 9.    Payment Of Partial Pensions

The payment of a Partial Pension shall be subject to all of the conditions contained in this Plan applicable to other types of pensions including, but not limited to, retirement as herein defined and timely application. Partial Pension payments subject to this Article shall be limited to monthly pension payments to a pensioner or to monthly payments or death benefits to the survivor of a pensioner.

## Section 10.    Effective Date

This Article and the payment of partial pensions hereunder, shall be effective on April 20, 1965.

## Article X.    Amendment, Termination And General Provisions

## Section 1.    Amendment

The Trustees may amend or modify these Regulations at any time in accordance with the Agreement and Declaration of Trust establishing the Pension Fund, except that no amendment or modification may reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits, nor may any amendment or modification enable any of the assets of the Pension Fund to be returned or paid to any Contributing Employer or Local Union.

46

## Section 2.    Actuarial Reviews

These Rules and Regulations have been adopted by the Trustees on the basis of actuarial studies which have established (to the fullest extent possible) that the income and accruals of the Fund will be fully sufficient to support this benefit plan on a permanent basis. However, it is recognized as possible that, in the future, the income and/or liabilities of the Fund may be substantially different from those previously anticipated.

It is understood that this Pension Plan can be fulfilled only to the extent that the Fund has assets available from which to make the payments provided for in this Plan. Consequently, the Trustees shall have prepared, annually, an actuarial evaluation of the Fund.

Upon the basis of all of the circumstances, the Trustees may from time to time amend these Regulations including any change in benefit amount, types of benefits, and conditions of eligibility and payment, except that no amendment shall in any way reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits.

## Section 3.    Discontinuance

If this Pension Plan is discontinued, to the extent that the assets then remaining in the Pension Fund shall be sufficient and after providing for any administrative expenses, such assets shall be allocated for the purpose of paying retirement benefits to Pensioners (based on pension credits to the date of discontinuance of the Pension fund) in the following order of precedence:

(a) to provide pensions to persons who shall have retired under the Plan prior to its discontinuance, without reference to the order of retirement;

(b) to provide pensions to Covered Employees age 60 or over on the date of discontinuance, without reference to the order in which they shall have reached normal retirement age;

(c) to provide pensions to Covered Employees who attain 30 years of Credited Service and meet the general eligibility requirements for a Minimum Pension, with reference to the order in which they will attain such eligibility;

(d) to provide pensions to eligible widows whose husbands have duly elected the Widow's Pension Option and whose husbands shall die while the corpus of the Fund is not fully distributed to meet the obligations imposed by the above priorities of distribution;

(e) to provide pensions upon attainment of age 60 to Covered Employees less than 60 years of age on the date of the discontinuance, with reference to the order in which they will attain age 60;

(f) to provide pensions upon attainment of age 52 to Covered Employees less than 52 years of age on the date of the discontinuance, with reference to the order in which they will attain age 52.

---

Nothing herein shall be considered to create a vested right for any Covered Employee, Pensioner or beneficiary until and unless this Pension Plan is discontinued and the Trustees in their discretion may change, alter or eliminate any group's order of precedence during the term of this Pension Plan.

## Section 4.    Non-Assignment Of Benefits

It is the intention of the Trustees to make it impossible for employers or Pensioners covered by these Rules and Regulations unwisely to imperil the provisions made for their retirement by their assigning, pledging or otherwise disposing of their retirement payments hereunder.

It is hereby expressly provided that no employee or Pensioner hereunder shall have the right to assign, alternate, transfer, sell, hypothecate, mortgage, encumber, pledge or anticipate any retirement payments or portions thereof and any such assignment, alienation, transfer, sale, hypothecation, mortgage, encumbrance, pledge or anticipation shall be void and of no effect whatsoever.

So that such retirement payments or portions thereof shall not in any way be subject to any legal process, execution, attachment or garnishment or be used for the payment of any claim against any employee or Pensioner, or be subject to the jurisdiction of any bankruptcy court or insolvency proceedings by operation of law or otherwise, the Trustees shall have the right to terminate or postpone any pension payments to a Pensioner.

## Section 5.    No Vesting

No person, other than the Trustees of the Fund, shall have any right, title or interest in any of the income or property of any character received or held by or for the account of the Fund, and no person shall have any vested right to benefits provided by the Fund, nor shall any employee be entitled to any payment or other equity in the assets of the Fund except as specifically provided in this Plan. All contributions made to the Fund shall be held in trust for the exclusive benefit of Covered Employees who qualify for pensions under this Plan. No employee, group of employees, local union, or employer, who cease to maintain their status as a Covered Employee, Local Union or Contributing Employer shall have any right to any of the assets of the Fund nor may any contributions to the Fund on behalf of the employment of a Covered Employee be transferred to any other pension fund, local union or employer, or be paid to any employee except in the form of pension benefits as provided in the Plan.

## Section 6.    Waiver Of Benefits

Any Pensioner who is eligible for or who is receiving any other pension benefit, the receipt of which is dependent upon his not exceeding certain

47

1974

## Section 8. Partial Pension Amount

The amount of the Partial Pension shall be determined as follows:

(a) The amount of the pension to which the employee would be entitled under this Plan taking into account his Combined Service Credit shall be determined, then

(b) The amount of service credit earned with this Plan since January 1, 1955, shall be divided by the total amount of Combined Service Credit earned by the employee since January 1, 1955, then

(c) The fraction so determined in (b) shall be multiplied by the pension amount determined in (a) and the result shall be the Partial Pension amount payable by this Plan.

## Section 9. Payment Of Partial Pensions

The payment of a Partial Pension shall be subject to all of the conditions contained in this Plan applicable to other types of pensions including, but not limited to, retirement as herein defined and timely application. Partial Pension payments subject to this Article shall be limited to monthly pension payments to a pensioner or to monthly payments or death benefits to the survivor of a pensioner.

## Section 10. Effective Date

This Article and the payment of partial pensions hereunder, shall be effective on April 20,1965.

# Article X. Amendment, Termination And General Provisions

## Section 1. Amendment

The Trustees may amend or modify these Regulations at any time in accordance with the Agreement and Declaration of Trust establishing the Pension Fund, except that no amendment or modification may reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits, nor may any amendment or modification enable any of the assets of the Pension Fund to be returned or paid to any Contributing Employer or Local Union.

## Section 2. Actuarial Reviews

These Rules and Regulations have been adopted by the Trustees on the basis of actuarial studies which have established (to the fullest extent possible) that the income and accruals of the Fund will be fully sufficient to support this benefit plan on a permanent basis. However, it is recognized as possible that, in the future, the income and/or liabilities of the Fund may be substantially different from those previously anticipated.

It is understood that this Pension Plan can be fulfilled only to the extent that the Fund has assets available from which to make the payments provided for in this Plan. Consequently, the Trustees shall have prepared, annually, an actuarial evaluation of the Fund.

Upon the basis of all of the circumstances, the Trustees may from time to time amend these Regulations including any change in benefit amount, types of benefits, and conditions of eligibility and payment, except that no amendment shall in any way reduce any pension benefits which have been approved for payment prior to amendment, so long as funds are available for payment of such benefits.

## Section 3. Discontinuance

If this Pension Plan is discontinued, to the extent that the assets then remaining in the Pension Fund shall be sufficient and after providing for any administrative expenses, such assets shall be allocated for the purpose of paying retirement benefits to Pensioners (based on pension credits to the date of discontinuance of the Pension Fund) in the following order of precedence:

(a) to provide pensions to persons who shall have retired under the Plan prior to its discontinuance, without reference to the order of retirement;

(b) to provide pensions to Covered Employees age 60 or over on the date of discontinuance, without reference to the order in which they shall have reached normal retirement age;

(c) to provide pensions to Covered Employees who attain 30 years of Credited Service and meet the general eligibility requirements for a Minimum Pension, with reference to the order in which they will attain such eligibility;

(d) to provide pensions to eligible widows whose husbands have duly elected the Widow's Pension Option and/or the Widow's Benefit for Active Employees, and whose husbands shall die while the corpus of the Fund is not fully distributed to meet the obligations imposed by the above priorities of distribution.

(e) to provide pensions upon attainment of age 60 to Covered Employees less than 60 years of age on the date of the discontinuance, with reference to the order in which they will attain age 60;

(f) to provide pensions upon attainment of age 52 to Covered Employees less than 52 years of age on the date of the discontinuance, with reference to the order in which they will attain age 52.

Nothing herein shall be considered to create a vested right for any Covered Employee, Pensioner or beneficiary until and unless this Pen-

1979

## Section 10.04. Combined Pension Credit.

The total of an Employee's Pension Credit under this Plan and Related Pension Credit together comprise the Employee's Combined Pension Credit. Not more than one year of Combined Pension Credit shall be counted in any Calendar Year.

## Section 10.05. Eligibility.

An Employee shall be eligible for a Partial Pension under this Plan if he satisfies all of the following requirements:

a. He would be eligible for any type of pension under this Plan (other than a Partial Pension) if his Combined Pension Credit were treated as Pension Credit under this Plan; and

b. In addition to any other requirements necessary to be eligible under (a), he has, under this Plan, at least two years of Pension Credit based on actual employment after his Effective Date of coverage; and

c. He is found to be (1) eligible for a Partial Pension from a Related Plan and (2) eligible for a Partial Pension from the Terminal Plan. The Terminal Plan shall be deemed to be the Plan associated with the Local Union which represents the Employee at the time of, or immediately prior to, his retirement. If at that time the Employee was not represented by any one such Local Union, then the Terminal Plan is the one to which the bulk of Contributions were paid on behalf of the Employee in the 36 consecutive calendar months immediately preceding his retirement; and

d. A pension is not payable to him from a Related Plan independently of its provisions for a Partial Pension. However, an Employee who is entitled to a pension other than a Partial Pension from this Plan or a Related Plan may elect to waive the other pension and qualify for the Partial Pension.

## Section 10.06. Breaks in Service.

In applying the rules of this Plan with respect to cancellation of Pension Credit, any period in which an Employee has earned Related Pension Credit shall not be counted in determining whether there has been a period of non-covered employment sufficient to constitute a Break in Service. Employment not covered by a Related Plan or Terminal Plan for less than five years shall not constitute a Break in Service.

## Section 10.07. Election of Pension.

If an Employee is eligible for more than one type of pension or option under this Plan, he shall be entitled to elect the type of pension or option he is to receive.

## Section 10.08. Partial Pension Amount.

The amount of the Partial Pension shall be determined as follows:

a. The amount of the pension to which the Employee would be entitled under this Plan taking into account his Combined Pension Credit shall be determined; then

b. The amount of Pension Credit earned with this Plan since January 1, 1955, shall be divided by the total amount of Combined Pension Credit earned by the Employee since January 1, 1955; then

c. The fraction so determined in (b) shall be multiplied by the pension amount determined in (a) and the result shall be the Partial Pension amount payable by this Plan.

## Section 10.09. Payment of Partial Pensions.

The payment of a Partial Pension shall be subject to all of the conditions contained in this Plan applicable to other types of pensions including, but not limited to, retirement as herein defined and timely application. Partial Pension payments subject to this Article shall be limited to monthly pension payments to a Pensioner or to monthly payments or death benefits to the Survivor of a Pensioner.

## Section 10.10. Effective Date.

This Article and the payment of Partial Pensions hereunder, shall be effective on April 20, 1965.

## Section 10.11. Termination.

The Trustees may terminate this Partial Pension upon giving ninety (90) days' notice to Participants and to all other plans of its intention to do so.

# Article XI. Amendments

## Section 11.01. Amendment.

This Plan may be amended at any time by the Trustees, consistent with the provisions of the Trust Agreement. However, no amendment may decrease the accrued benefit of any Participant, except:

a. As necessary to establish or maintain the qualification of the Plan or the Trust Fund under the Internal Revenue Code and to maintain compliance of the Plan with the requirements of ERISA, or

b. If the amendment meets the requirements of Section 302(c) (8) of ERISA and Section 412(c)(8) of the Internal Revenue Code, and the Secretary of Labor has been notified of such amendment and has either approved of it or, within 90 days after the date on which such notice was filed, he failed to disapprove.

1985

b. In addition to any other requirements necessary to be eligible under (a), he has, under this Plan, at least two years of Pension Credit based on actual employment after his Effective Date of coverage; and

c. He is found to be (1) eligible for a Partial Pension from a Related Plan and (2) eligible for a Partial Pension from the Terminal Plan. The Terminal Plan shall be deemed to be the Plan associated with the Local Union which represents the Employee at the time of, or immediately prior to, his retirement. If at that time the Employee was not represented by any one such Local Union, then the Terminal Plan is the one to which the bulk of Contributions were paid on behalf of the Employee in the 36 consecutive calendar months immediately preceding his retirement; and

d. A pension is not payable to him from a Related Plan independently of its provisions for a Partial Pension. However, an Employee who is entitled to a pension other than a Partial Pension from this Plan or a Related Plan may elect to waive the other pension and qualify for the Partial Pension.

## Section 10.06. Breaks in Service.

In applying the rules of this Plan with respect to cancellation of Pension Credit, any period in which an Employee has earned Related Pension Credit shall not be counted in determining whether there has been a period of non-covered employment sufficient to constitute a Break in Service. Em-ployment not covered by a Related Plan or Terminal Plan for less than five years shall not constitute a Break in Service.

## Section 10.07. Election of Pension.

If an Employee is eligible for more than one type of pension or option under this Plan, he shall be entitled to elect the type of pension or option he is to receive.

## Section 10.08. Partial Pension Amount.

The amount of the Partial Pension shall be determined as follows:

a. The amount of the pension to which the Employee would be entitled under this Plan taking into account his Combined Pension Credit shall be determined; then

b. The amount of Pension Credit earned with this Plan since January 1, 1955, shall be divided by the total amount of Combined Pension Credit earned by the Employee since January 1, 1955; then

c. The fraction so determined in (b) shall be multiplied by the pension amount determined in (a) and the result shall be the Partial Pension amount payable by this Plan.

## Section 10.09. Payment of Partial Pensions.

The payment of a Partial Pension shall be subject to all of the conditions contained in this Plan applicable to other types of pensions including, but not limited to, retirement as herein defined and timely application. Partial Pension payments subject to this Article shall be limited to monthly pension payments to a Pensioner or to monthly payments or death benefits to the Survivor of a Pensioner.

## Section 10.10. Effective Date.

This Article and the payment of Partial Pensions hereunder, shall be effective on April 20, 1965.

## Section 10.11. Termination.

The Trustees may terminate this Partial Pension upon giving ninety (90) days' notice to Participants and to all other plans of its intentions to do so.

# Article XI. Amendments

## Section 11.01. Amendment.

This Plan may be amended at any time by the Trustees, consistent with the provisions of the Trust Agreement. However, no amendment may decrease the accrued benefit of any Participant, except:

a. As necessary to establish or maintain the qualification of the Plan or the Trust Fund under the Internal Revenue Code and to maintain compliance of the Plan with the requirements of ERISA, or

b. If the amendment meets the requirements of Section 302(c)(8) of ERISA and Section 412(c)(8) of the Internal Revenue Code, and the Secretary of Labor has been notified of such amendment and has either approved of it or, within 90 days after the date on which such notice was filed, he failed to disapprove.

1989

ARTICLE XIII

AMENDMENTS

## SECTION 13.01 AMENDMENT

This Plan may be amended at any time by a vote of the Board of Trustees, consistent with the provisions of the Trust Agreement. No amendment may decrease the accrued benefit of any Participant, except:

(a) as necessary to establish or maintain the qualification of the Plan or the Trust Fund under the Code and to maintain compliance of the Plan with the requirements of ERISA, or

(b) if the amendment meets the requirements of 301(c)(8) of ERISA and 412(c)(8) of the Code, and the Secretary of Labor has been notified of such amendment and has either approved of it or, within 90 days after the date on which such notice was filed, failed to disapprove.

## SECTION 13.02 INCREASE EFFECTIVE OCTOBER 1, 1992

(a) Effective October 1, 1992 the pension of any Participant whose pension Effective Date was December 1, 1974 or earlier shall be increased as described in paragraph (b) below. Such increase shall also apply to the benefit of a surviving Spouse, potential surviving Spouse, or Beneficiary of a Pensioner who retired December 1, 1974 or earlier, and to the benefit of a surviving Spouse who became entitled to benefits on December 1, 1974 or earlier because of the death of a Participant prior to retirement.

(b) The monthly benefit shall be increased 1% times the number of years (or fractions thereof) from retirement through December 31, 1992.

(c) The Christmas Benefit applicable to these recipients shall not be increased.

1989 - 1994

ARTICLE XIII

AMENDMENTS

## SECTION 13.01 AMENDMENT

This Plan may be amended at any time by a vote of the Board of Trustees, consistent with the provisions of the Trust Agreement. No amendment may decrease the accrued benefit of any Participant, except:

(a) as necessary to establish or maintain the qualification of the Plan or the Trust Fund under the Code and to maintain compliance of the Plan with the requirements of ERISA, or

(b) if the amendment meets the requirements of 301(c)(8) of ERISA and 412(c)(8) of the Code, and the Secretary of Labor has been notified of such amendment and has either approved of it or, within 90 days after the date on which such notice was filed, failed to disapprove.

## SECTION 13.02 INCREASE EFFECTIVE OCTOBER 1, 1992

(a) Effective October 1, 1992 the pension of any Participant whose pension Effective Date was December 1, 1974 or earlier shall be increased as described in paragraph (b) below. Such increase shall also apply to the benefit of a surviving Spouse, potential surviving Spouse, or Beneficiary of a Pensioner who retired December 1, 1974 or earlier, and to the benefit of a surviving Spouse who became entitled to benefits on December 1, 1974 or earlier because of the death of a Participant prior to retirement.

(b) The monthly benefit shall be increased 1% times the number of years (or fractions thereof) from retirement through December 31, 1992.

(c) The Christmas Benefit applicable to these recipients shall not be increased.

1997

# ARTICLE XIV

# AMENDMENTS

**SECTION**

**14.01 AMENDMENT**

This Plan may be amended at any time by a vote of the Board of Trustees, consistent with the provisions of the Trust Agreement. No amendment may decrease the Accrued Benefit of any Participant, except:

(a) as necessary to establish or maintain the qualification of the Plan or the Trust Fund under the Code and to maintain compliance of the Plan with the requirements of ERISA, or

(b) if the amendment meets the requirements of 301(c)(8) of ERISA and 412(c)(8) of the Code, and the Secretary of Labor has been notified of such amendment and has either approved of it or, within 90 days after the date on which such notice was filed, failed to disapprove.