UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL,<br><br>   Plaintiff,<br><br>v.<br><br>NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, DAVID W. LAUGHTON, PAUL V. WALSH, ANTHONY S. BONPANE, GEORGE W. CASHMAN, J. LEO BARRY, JOHN J. MCCARTHY, JR., WILLIAM M. VAUGHN III, and J. DAWSON CUNNINGHAM,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:03cv194(CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED

2005 JUN 27  A II: 15

DISTRICT COURT
HARTFORD, CT

## PLAINTIFF'S MOTION TO STRIKE MOTIONS FOR SUMMARY JUDGMENT FILED ON JULY 11, 2003 AS BEING TIME BARRED AND ALSO SUMMARY JUDGMENT MOTION FILED ON FEBRUARY 18, 2005 ALSO FOR BEING TIME BARRED.

Both motions for summary judgment July 11, 2003 and February 18, 2005 were filed after the deadline imposed upon plaintiff, defendant, and the court by the ORDER ON PRETRIAL DEADLINES issued by the Clerk of the Court, Second (2nd) District, District of Connecticut, 141 Church Street, New Haven, Connecticut, 06510.

Dated this 24th day of June, 2005.

                                                Respectfully submitted,
                                                By the Plaintiff, Pro-Se,

                                                Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, pro se plaintiff, certify that I caused a copy of the foregoing to be served to the following by ___MAIL___ on June ___24___, 2005.

Thomas M. Brockett, Local Counsel for the Defendants
Robert M. Cheverie & Associates, P.C.
333 East River Drive
East Hartford, CT 06108

United States District Court for the District of Connecticut
Abraham Ribicoff Building
Main Street
Hartford, CT

                                                Plaintiff Pro-Se,

                                                Thomas E. Tyndall