UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

THOMAS E. TYNDALL, )
 )
       Plaintiff, )
 )
v. )
 )
NEW ENGLAND TEAMSTERS & TRUCKING )
INDUSTRY PENSION FUND, )
DAVID W. LAUGHTON, PAUL V. WALSH, ) Case No. 3:03cv194(CFD)
ANTHONY S. BONPANE, GEORGE W. )
CASHMAN, J. LEO BARRY, JOHN J. )
MCCARTHY, JR., WILLIAM M. VAUGHN III, )
and J. DAWSON CUNNINGHAM, )
 )
       Defendants. )

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE BOTH OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT FILED ON JULY 11, 2003 AND ON FEBRUARY 18, 2005.

The reason the court should strike these two (2) motions for summary judgment is because they were filed after the time allowed to file. The filing of the first (1st) motion for summary judgment was filed two (2) months after the deadline set by the court rules, the filing of the summary judgment on February 18, 2005 is almost two (2) years after the deadline, last day of May 2003.

Along with the striking of these summary judgments all memorandums, affidavits, and other pleadings connected with these summary judgments should be stricken from the records as having nothing to do with this instant lawsuit.

In conclusion pro se plaintiff cites the final paragraph of the Notice to Council and Pro Se Parties:

Counsel and Pro Se parties are further advised that they may request a referral of their case to a United States Magistrate Judge for disposition. See 28 U.S.C. 636 and rule 4 of the Local Rules for United States Magistrate Judges.

At the hearing on March 4, 2005 the Court asked both parties if the Honorable Judge Thomas P. Smith would be agreeable to hear this instant case. Plaintiff was in the affirmative then and also is now. Please anything to expedite this case, as the Plaintiff is not getting any younger, 77 and gaining.

Dated this 24th day of June, 2005.

Respectfully submitted,<br>
By the Plaintiff, Pro-Se,<br><br>
_____<br>
Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, pro se plaintiff, certify that I caused a copy of the foregoing to be served to the following by MAIL on June 24, 2005.

Thomas M. Brockett, Local Counsel for the Defendants
Robert M. Cheverie & Associates, P.C.
333 East River Drive
East Hartford, CT 06108

United States District Court for the District of Connecticut
Abraham Ribicoff Building
Main Street
Hartford, CT

Plaintiff Pro-Se,<br><br>
_____<br>
Thomas E. Tyndall