#28

Granted. The Court finds good cause for the filing of the supplemental motion for summary judgment. So ordered. 6/24/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 FEB 18 P 3:58
U.S. DISTRICT COURT
HARTFORD, CT.

THOMAS E. TYNDALL,

Plaintiff,

v.

NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, DAVID W. LAUGHTON, PAUL V. WALSH, ANTHONY S. BUONPANE, GEORGE W. CASHMAN, J. LEO BARRY, JOHN J. MCCARTHY, JR., WILLIAM M. VAUGHN III, and J. DAWSON CUNNINGHAM,

Defendants.

Case No. 3:03cv194(CFD)

**DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, New England Teamsters and Trucking Industry Pension Fund, et al, and respectfully request leave of Court to file a Supplemental Motion for Summary Judgment on the remaining issue before this Court. As grounds for their Motion, Defendants state as follows:

1. On April 29, 2004, this Court granted Defendants' Motion for Partial Summary Judgment on the issue of whether the Defendants reduction of Plaintiff Thomas E. Tyndall's monthly pension benefit altered, modified, or changed the Plan.

FILED
2005 JUN 28 A 10:55
U.S. DISTRICT COURT
HARTFORD CT.

The only remaining issue before the Court following its April 29, 2004 Order granting Defendant's Motion is whether Plaintiff is entitled to interest on the lump sum payment of benefits he received in October 2001 following the