UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS E. TYNDALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEW ENGLAND TEAMSTERS &  TRUCKING | ) | |
| INDUSTRY PENSION FUND, | ) | Case No. 3:03cv194(CFD) |
| DAVID W. LAUGHTON, PAUL V. WALSH, | ) | |
| ANTHONY S. BUONPANE, GEORGE W. | ) | |
| CASHMAN, J. LEO BARRY, JOHN J. | ) | |
| MCCARTHY, JR., WILLIAM M. VAUGHN III, | ) | |
| and J. DAWSON CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 56 and Local Rule 56 of the Local Civil Rules of the United States District Court for the District of Connecticut, Defendants, New England Teamsters and Trucking Industry Pension Fund, et al, hereby move the Court to enter judgment in their favor as a matter of law. In support of their Supplemental Motion for Summary Judgment, Defendants submit the attached Memorandum of Law, Affidavit of Charles Langone with attached exhibits, and Local Rule 56(a)1 Statement of Facts.

**Oral Argument is Requested**

Dated: February 11, 2005.

Respectfully submitted
For the Defendants
By their attorneys,

Jonathan M. Conti
Federal Bar No. ct24593
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
(617) 338-1976
www:jmc@fczlaw.com

By Local Counsel,

Thomas M. Brockett,
Federal Bar No. ct10873
Robert M. Cheverie & Associates, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108]
(860) 290-9610
www:CheverieAndAssoc@AOL.com

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, hereby certify that I caused a copy of the foregoing to be served on pro se plaintiff Thomas E. Tyndall by depositing a copy thereof by first class mail with the United States Postal Service on February 11, 2005 addressed to Thomas E. Tyndall, P.O. Box 6041, Wolcott, CT 06716.

Jonathan M. Conti