UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND TEAMSTERS & TRUCKING )<br>INDUSTRY PENSION FUND, )<br>DAVID W. LAUGHTON, PAUL V. WALSH, )<br>ANTHONY S. BUONPANE, GEORGE W. )<br>CASHMAN, J. LEO BARRY, JOHN J. )<br>MCCARTHY, JR., WILLIAM M. VAUGHN III, )<br>and J. DAWSON CUNNINGHAM, )<br>)<br>Defendants. )<br>) | Case No. 3:03cv194(CFD) |

## NOTICE OF MANUAL FILING

Please take notice that Defendants New England Teamsters & Trucking Industry Pension Fund, et al., have manually filed the Exhibits attached to the Affidavit of Charles Langone, filed in support of Defendants' Supplemental Motion for Summary Judgment.

These documents have not been filed electronically because the electronic file size of the document exceeds 1.5 mb., and because all of the documents cannot be converted to an electronic format.

The Exhibits attached to the Affidavit of Charles Langone, filed in support of Defendants' Supplemental Motion for Summary Judgment, have been manually served on all parties.

Dated this 16th day of February, 2005.

                              Respectfully submitted,
                              For the Defendants
                              By their Attorneys

                              Jonathan M. Conti
                              Federal Bar No. ct24593
                              Feinberg, Campbell & Zack, P.c.
                              177 Milk Street
                              Boston, Ma 02109
                              (617) 338-1976
                              www:jmc@fczlaw.com


                              By Local counsel,

                              Thomas M. Brockett
                              Federal Bar No. ct10873
                              Robert M. Cheverie & Associates, P.C.
                              333 East River Drive, Suite 101
                              East Hartford, CT 06108
                              (860) 290-9610
                              www:CheverieAndAssoc@AOL.com