UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND TEAMSTERS & TRUCKING )<br>INDUSTRY PENSION FUND, )<br>DAVID W. LAUGHTON, PAUL V. WALSH, )<br>ANTHONY S. BONPANE, GEORGE W. )<br>CASHMAN, J. LEO BARRY, JOHN J. )<br>MCCARTHY, JR., WILLIAM M. VAUGHN III, )<br>and J. DAWSON CUNNINGHAM, )<br>)<br>Defendants. ) | Case No. 3:03cv194(CFD) |

**MOTION TO STRIKE FROM THE RECORDS ALL DOCUMENTS FILED ON 7/19/2005 AS NOT BEING SERVED PROPERLY. SERVICE HAS NOT BEEN MADE ON PLAINTIFF AS SPECIFIED IN THE FEDERAL RULES OF CIVIL PROCEDURE (RULE 5, FEDERAL RULES OF CIVIL PROCEDURE) AS OF** *August 9-2005*

Defendants have posted in these documents that they have manually served these filings on all parties. These filing have never been served on the pro se Plaintiff Thomas E. Tyndall in accordance with the rules of the Court. Please note that this Notice of Manual Filing has not been certified. (Copy of Notice of Manual Filing enclosed.)

Dated this 9 day of August, 2005.

Respectfully submitted,<br>
By the Plaintiff, Pro-Se,<br>
<br>
*[signature]*<br>
Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, pro se plaintiff, certify that I caused a copy of the foregoing to be served to the following by MAIL on August 9, 2005.

    Thomas M. Brockett, Local Counsel for the Defendants
    Robert M. Cheverie & Associates, P.C.
    333 East River Drive
    East Hartford, CT 06108

    United States District Court for the District of Connecticut
    Abraham Ribicoff Building
    Main Street
    Hartford, CT

Plaintiff Pro-Se,<br>
<br>
*[signature]*<br>
Thomas E. Tyndall

| | |
|---|---|
| NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, DAVID W. LAUGHTON, PAUL V. WALSH, ANTHONY S. BUONPANE, GEORGE W. CUSHMAN, J. LEO BARRY, JOHN J. MCCARTHY, JR., WILLIAM M. VAUGHN III, J. DAWSON CUNNINGHAM, <br><br>Defendants. | Case No. 3:03cv194(CFD) |

## NOTICE OF MANUAL FILING

Please take notice that Defendants New England Teamsters & Trucking Industry Pension Fund, et al., have manually filed the Exhibits attached to the Affidavit of Charles Langone, filed in support of Defendants' Supplemental Motion for Summary Judgment.

These documents have not been filed electronically because the electronic file size of the document exceeds 1.5 mb., and because all of the documents cannot be converted to an electronic format.

The Exhibits attached to the Affidavit of Charles Langone, filed in support of Defendants' Supplemental Motion for Summary Judgment, have been manually served on all parties.

Copied to Court - 8-2-05