UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 AUG -9  P 12: 59

|  |  |  |
|---|---|---|
| THOMAS E. TYNDALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEW ENGLAND TEAMSTERS & TRUCKING | ) | |
| INDUSTRY PENSION FUND, | ) | Case No. 3:03cv194(CFD) |
| DAVID W. LAUGHTON, PAUL V. WALSH, | ) | |
| ANTHONY S. BONPANE, GEORGE W. | ) | |
| CASHMAN, J. LEO BARRY, JOHN J. | ) | |
| MCCARTHY, JR., WILLIAM M. VAUGHN III, | ) | |
| and J. DAWSON CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO STRIKE ALL DOCUMENTS FILED ON JULY 19, 2005**

These documents #43, 44, 45, 46 entered on the docket report July 19, 2005 were never served on the Plaintiff in any manner thus making a response by August 9, 2005 a very difficult task. Again the Plaintiff requests the court to strike and remove from the docket report as this is not the first improper filing made by the Defendant since the Court's order #42 granting leave to file for summary judgment.

On June 30, 2005 the Defendants did submit to Plaintiff a Motion for Summary Judgment with a memorandum, statement of facts and an affidavit. However this Motion and accompanying papers were certified as being sent to Plaintiff on June 30, 2005 but the envelope they were sent in was not posted until July 5, 2005. Plaintiff did not receive this missal until July 7, 2005. On top of this flagrant abuse the Defendants did not send a copy to the court as ordered by the Federal Court Rules (#5). (Copy of cover letter and envelope for above attached.)

Dated this 9 day of August, 2005.

Respectfully submitted,<br>
By the Plaintiff, Pro-Se,<br><br>
*Thomas E. Tyndall*<br>
Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, pro se plaintiff, certify that I caused a copy of the foregoing to be served to the following by MAIL on August 9, 2005.

    Thomas M. Brockett, Local Counsel for the Defendants
    Robert M. Cheverie & Associates, P.C.
    333 East River Drive
    East Hartford, CT  06108

    United States District Court for the District of Connecticut
    Abraham Ribicoff Building
    Main Street
    Hartford, CT

Plaintiff Pro-Se,<br><br>
*Thomas E. Tyndall*<br>
Thomas E. Tyndall

# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

**VIA CERTIFIED MAIL:** *7004 2510 0000 8418 2600*

June 30, 2005

Thomas E. Tyndall
P.O. Box 6041
Wolcott, CT 06716

    Re:    **Thomas E. Tyndall v. New England Teamsters & Trucking Industry Pension Fund, Case No. 3:03cv194(CFD)**

Dear Mr. Tyndall:

Enclosed please find the following:

- Reply Memorandum of Law in Support of Defendant's Supplemental Motion for Summary Judgment;
- Local Rule 56(a)1 Supplemental Statement of Facts; and
- Supplemental Affidavit of Charles Langone (with Exhibits A-D)

Very truly yours,

*Jonathan M. Conti /klb*

Jonathan M. Conti

JMC:klb
Enclosure

PITNEY BOWES
U.S. POSTAGE
$08.00 JUL 05 2005
PB5515127
02109
MAILED FROM ZIP CODE

7004 2510 0000 8418 2600

**FEINBERG, CAMPBELL & ZACK, P.C.**
ATTORNEYS AT LAW
177 MILK STREET, SUITE 300, BOSTON, MASSACHUSETTS 02109

Thomas E. Tyndall
P.O. Box 6041
Wolcott, CT 06716