UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEW ENGLAND TEAMSTERS & TRUCKING )<br>INDUSTRY PENSION FUND, )<br>DAVID W. LAUGHTON, PAUL V. WALSH, )<br>ANTHONY S. BUONPANE, GEORGE W. )<br>CASHMAN, J. LEO BARRY, JOHN J. )<br>MCCARTHY, JR., WILLIAM M. VAUGHN III, )<br>and J. DAWSON CUNNINGHAM, )<br>)<br>Defendants. )<br>) | Case No. 3:03cv194(CFD) |

## AFFIDAVIT OF JONATHAN M. CONTI

I, Jonathan M. Conti, Esq., under oath, affirm and declare as follows:

1. I am an attorney with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I have acted as legal representative of Defendants for the purposes of the above-captioned matter.

2. On February 23, 2005, Defendants filed a Motion for Leave to File a Supplemental Motion for Summary Judgment, a Supplemental Motion for Summary Judgment, and a Memorandum of Law and supporting documents and exhibits.

3. On April 7, 2005, Defendants attempted to file a Reply Memorandum of Law in Support of Their Supplemental Motion for Summary Judgment and supporting documents, but those documents were rejected by the Clerk's office because the Court

had not yet granted Defendants' Motion for Leave to File a Supplemental Motion for Summary Judgment.

4. On June 28, 2005, the Court issued an Order granting Defendants' Motion for Leave to File a Supplemental Motion for Summary Judgment. The Court did not set any filing deadlines for filing a Reply Memorandum of Law in Support of Defendants' Supplemental Motion for Summary Judgment.

5. On June 30, 2005, I prepared a package of documents that my secretary sent via certified mail to Thomas Tyndall, P.O. Box 6041, Wolcott, Connecticut, which consisted of Defendants' Reply Memorandum of Law in Support of Defendants' Supplemental Motion for Summary Judgment, Local Rule 56(a)1 Supplemental Statement of Facts, and Supplemental Affidavit of Charles Langone, with Exhibits A through D.

6. On June 30, 2005, I prepared a package of documents that my secretary sent via overnight mail to local counsel Thomas Brockett, Esq., which included Defendants' Reply Memorandum of Law in Support of Defendants' Supplemental Motion for Summary Judgment, Local Rule 56(a)1 Supplemental Statement of Facts, and Supplemental Affidavit of Charles Langone, with Exhibits A through D.

7. On July 1, 2005, Attorney Brockett filed with the Court Defendants' Reply Memorandum of Law in Support of Defendants' Supplemental Motion for Summary Judgment, Local Rule 56(a)1 Supplemental Statement of Facts, and Supplemental Affidavit of Charles Langone, with Exhibits A through D.

8. On July 5, 2005, the Post Office returned the package sent to Mr. Tyndall dated June 30, 2005 to my law office on account of insufficient postage. That same day,

July 5, 2005, sufficient postage was placed on the package to Plaintiff, and re-sent via certified mail to Thomas Tyndall, P.O. Box 6041, Wolcott, Connecticut. No changes were made to the documents that were included in the package, and they were the same documents filed with the Court by Attorney Brockett on July 1, 2005.

9. Plaintiff received a copy of Defendants' Reply Memorandum of Law in Support of Defendants' Supplemental Motion for Summary Judgment, Local Rule 56(a)1 Supplemental Statement of Facts, and Supplemental Affidavit of Charles Langone, with Exhibits A through D, on July 7, 2005. A copy of the certified mail receipt signed by Thomas Tyndall is attached hereto as Exhibit 1.

10. On July 19, 2005, the Court entered on the docket Defendants' Reply Memorandum of Law in Support of Defendants' Supplemental Motion for Summary Judgment, Local Rule 56(a)1 Supplemental Statement of Facts, and Supplemental Affidavit of Charles Langone, with Exhibits A through D.

11. UPS does not deliver overnight packages to a P.O. Box address. Plaintiff has only provided Defendants with an address of P.O. Box 6041, Wolcott, Connecticut, and has refused to provide any other address to Defendants.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15th DAY OF AUGUST, 2005.

Jonathan M. Conti, Esq.

# EXHIBIT 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Thos E Tyndall_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>Thomas E Tyndall  7/7/05 |
| 1. Article Addressed to:<br>Thomas E. Tyndall<br>PO Box 6041<br>Wolcott, CT 06716<br><br>7004-2510-0000-8418-2600 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 2510 0000 8418 2600 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540