UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEW ENGLAND TEAMSTERS & TRUCKING | ) |
| INDUSTRY PENSION FUND, | ) Case No. 3:03cv194(CFD) |
| DAVID W. LAUGHTON, PAUL V. WALSH, | ) |
| ANTHONY S. BONPANE, GEORGE W. | ) |
| CASHMAN, J. LEO BARRY, JOHN J. | ) |
| MCCARTHY, JR., WILLIAM M. VAUGHN III, | ) |
| and J. DAWSON CUNNINGHAM, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF MOTION TO STRIKE FROM THE DOCKET ALL DOCUMENTS FILED ON JULY 1, 2005 THAT WERE PLACED ON THE DOCKET ON JULY 19, 2005 AS NOT BEING SERVED PROPERLY ON ALL PARTIES, PLAINTIFF HAS NOT BEEN SERVED WITH THE ENTIRE FILING AS OF THIS DAY – TWO (2) MONTHS LATER.**

Defendants state that they did place the documents in the U.S. Mail on June 30, 2005 but the package was returned on July 5, 2005 due to insufficient postage, and re-mailed on July 5, 2005 – Plaintiff believed that this is a made up story, a lot of bunk – first place this package of documents to be certified would have to be tendered to a U.S. Postal Clerk who would weigh the package to insure proper postage. He then would give the person mailing the package a receipt (P.S. Form 3800) Defendants have not cited any copy of Form 3800 as yet.

Second, when and if this package was returned to Defendants Law Office it would have to be signed for by someone in said law office. This signed Return Receipt (P.S. Form 3811) would then be returned to the Post Office where it would be scanned and then returned to the sender. Defendant has not cited Form 3811 yet.

For Defendant Council to state the forgoing that these documents were mailed via Certified Mail and have no receipts to prove this mailing is the same as out and out lying to both the court and the Plaintiff. To top off this fabricated story about identical packages being sent to #1 Attorney Brockett which Attorney Brockett submitted to the Court on July 1, 2005 and to #2 Pro Se Plaintiff Thomas Tyndall is again a lie. The package of documents sent to the Plaintiff had Exhibits A-B-C-D attached to the documents, the documents filed by Attorney Brockett into the Court has no less than twenty-seven (27) exhibits.

The difference in the documents between those stated by Defense Council J. M. Conti as being identical was pointed out to the Court Clerk Linda K. at the Clerks Office and Plaintiff requested that the Clerk please weigh both documents and there was a 3.5 pound disparity.

In conclusion, Attorney Conti states that either he or his secretary sent by certified mail all the items in docket numbers 43-44-45-46, but to this day Plaintiff has not received the same documents that were served upon the Court either by mail or manually served. From June 30, 2005 (original date) to September 8, 2005 is an unbelievable time for the Post Office to serve that mailing.

Instead of continuing on this course, I do believe Attorney Conti is mocking this Plaintiff and also the Court. Plaintiff Thomas Tyndall does intend to investigate Conti's claims further.

Dated this 7 day of September, 2005.

Respectfully submitted,
By the Plaintiff, Pro-Se,

*Thomas E. Tyndall*
Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, Pro Se Plaintiff, certify that I caused a copy of the foregoing to be served to the following by ___MAIL___ on September __9__, 2005.

    Thomas M. Brockett, Local Counsel for the Defendants
    Robert M. Cheverie & Associates, P.C.
    333 East River Drive
    East Hartford, CT 06108

    United States District Court for the District of Connecticut
    Abraham Ribicoff Building
    Main Street
    Hartford, CT

Plaintiff Pro-Se,

*Thomas E. Tyndall*
Thomas E. Tyndall