UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, | ) |
|        Plaintiff, | ) |
| v. | ) |
| NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, DAVID W. LAUGHTON, PAUL V. WALSH, ANTHONY S. BONPANE, GEORGE W. CASHMAN, J. LEO BARRY, JOHN J. MCCARTHY, JR., WILLIAM M. VAUGHN III, and J. DAWSON CUNNINGHAM, | ) Case No. 3:03cv194(CFD) |
|        Defendants. | ) |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S APPLICATION FOR SUMMARY JUDGMENT

Plaintiff Thomas E. Tyndall Pro Se does humbly ask of the court a judgment in his favor in this the second part of this two (2) part lawsuit.

Plaintiff Tyndall has for in excess of twenty-five (25) years been trying to get the pension that was promised to him, from year 1980 to present – 25 years.

Plaintiff Tyndall did sufficient amount of work between year 1951 thru 1984, and his employers paid into the Pension Fund that what was agreed upon for his work effort. Plaintiff Tyndall was fully vested in the Pension Plan as explained in his work record. (copy of work credits included) Exhibit #one (1). It took fifteen (15) years of covered credits to be vested, Tyndall had seventeen years one month (17 + 1 month) as noted in copy of work credits. Exhibit #one (1).

Even though Plaintiff Thomas E. Tyndall was fully vested by the year 1972 when he attempted to apply in year 1980 he was rejected based on false information by a supervisor of the Plan, Margaret Hurst (copy of Mrs. Hurst letter included, Exhibit #two (2)).

Tyndall in the year 1980 did not take issue with Mrs. Hurst's finding as he was only fifty-two (52) years old and had not intentions of retiring so young. Ten years goes by, now Mr. Tyndall does seriously contemplate retiring. Tyndall again approaches the Pension Fund about the value of his pension, again Mrs. Hurst sends a letter of rejection. [Exhibit # Three (3)].

  Disregarding the letter by Mrs. Hurst in 1990 [Exhibit # Three (3)] Tyndall with the assist of an official from his Local #671, East Hartford, CT. Tyndall does put in a formal application for Retirement [Exhibit # Twelve (12)] in May 1990.

  Tyndall receives in response to his application for retirement another letter of rejection, this time from Helen Debricini, Fund Manager [Exhibit # Four (4)] rejection letter for a different reason. [Three (3) letters of rejection each for a different reason.]

  Plaintiff Tyndall Pro Se now does apply to the Pension Plan for copies of the Plans from inception date 1958 thru 1990.

  Upon reading and studying all of the Plans sent to plaintiff in regards to his asking for copies, Plaintiff does discover that all of the rejection letters were false and misleading and actually fraudulent.

  In October 1994 Plaintiff formulates a letter of appeal and sends it to the Trustees of the Fund. [Exhibit # Five (5)]

  This letter of appeal (October 1994) refutes each and every letter of rejection by pointing out to the Trustees how and why these are all false, misleading, fraudulent, as pointed out in the Pension Plans issued out by the Pension Fund from 1958 thru 1990. (Copy of 1994 letter (Exhibit # ))

  At the January 1995 Trustee's Meeting Plaintiff is awarded a reduced pension, inception date set at February 1, 1995.

Respectfully submitted,

By the Plaintiff, Pro-Se,

*(signature)*
Thomas E. Tyndall

Dated this 12 day of November, 2005.

Respectfully submitted,<br>
By the Plaintiff, Pro-Se,

*Thomas E. Tyndall*<br>
Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, Pro Se Plaintiff, certify that I caused a copy of the foregoing to be served to the following by CERTIFIED MAIL on November 12, 2005.

    Thomas M. Brockett, Local Counsel for the Defendants
    Robert M. Cheverie & Associates, P.C.
    333 East River Drive
    East Hartford, CT 06108

    United States District Court for the District of Connecticut
    Abraham Ribicoff Building
    Main Street
    Hartford, CT

Plaintiff Pro-Se,

*Thomas E. Tyndall*<br>
Thomas E. Tyndall