# NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND

535 Boylston Street                                      Boston, Mass. 02116        **EXHIBIT 1**

(617) 266-8900

1

DATE- 3/05/90        TIME- 9:03:23                 RE: TOTAL CREDIT

T TYNDALL                                          S.S. #. 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
60 LAKEVIEW DR
WOLCOTT       CT 06716

*1951*
*1952*
*1953*
*1954*
*1955*
*1956*
*1957*

PER YOUR REQUEST, BELOW IS A LIST OF HOURS REPORTED ON YOUR BEHALF
BY YOUR EMPLOYER(S) AND THE TRANSLATION OF THESE HOURS INTO CREDITS
YOU HAVE WITH THIS PENSION FUND:

| YEAR | HOURS | CR | YEAR | HOURS | CR | YEAR | HOURS | CR | YEAR | HOURS | CR |
|------|-------|----|------|-------|----|------|-------|----|------|-------|----|
| 1958 | 1,223 | 8  | 1966 | 2,062 | 12 | 1974 |       |    | 1982 |       |    |
| 1959 | 2,092 | 12 | 1967 | 2,070 | 12 | 1975 |       |    | 1983 |       |    |
| 1960 | 2,022 | 12 | 1968 | 2,066 | 12 | 1976 | 152   | 1  | 1984 |       | 16 |
| 1961 | 2,051 | 12 | 1969 | 2,020 | 12 | 1977 | 98    |    | 1985 |       |    |
| 1962 | 2,123 | 12 | 1970 | 1,320 | 8  | 1978 |       |    | 1986 |       |    |
| 1963 | 1,943 | 12 | 1971 | 23    |    | 1979 |       |    | 1987 |       |    |
| 1964 | 2,071 | 12 | 1972 | 751   | 5  | 1980 |       |    | 1988 |       |    |
| 1965 | 2,079 | 12 | 1973 | 40    |    | 1981 |       |    | 1989 |       |    |
|      |       |    |      |       |    |      |       |    | 1990 |       |    |

CONTRIBUTORY SERVICE=> 12 YEARS  10 MONTHS

"ADVICE ABOUT CLAIMS, BENEFITS, ELIGIBILITY OR STATUS OF PARTICIPANTS IS BASED ON
THE PRESENT RULES OF THE FUND WHICH ARE SUBJECT TO CHANGE WITHOUT NOTICE."

RECEIVED June 23, 1980

S. S. 048 20 8034
Date of Birth: January, 1928

MAR -2 1990

Mr. Thomas E. Tyndall PENSION FUND
60 Lakeview Drive
Wolcott, Ct. 06716

Dear Mr. Tyndall:

In reply to your letter of May 27, 1980, and your recent visit to our office.

It would appear that you do not meet the General Eligibility Requirements. Article IV, Section 4.04 (b) of our Rules states that if a Covered Employee fails to earn at least eight months of Future Service in any one of six consecutive calendar years it shall be considered a Break in Covered Employment, and all previous Credited Service shall be cancelled. You did not work at least eight months in any year from 1971 through 1979; therefore, you have a 9 year Break in Service, which cancels all Credited Service prior to 1971.

Our records indicate the following contributions were made on your behalf.

| Year | Hours | Months |
|---|---|---|
| 1958 | 1223 | 8 |
| 1959 | 2092 | 12 |
| 1960 | 2022 | 12 |
| 1961 | 2051 | 12 |
| 1962 | 2123 | 12 |
| 1963 | 1943 | 12 |
| 1964 | 2071 | 12 |
| 1965 | 2079 | 12 |
| 1966 | 2062 | 12 |
| 1967 | 2070 | 12 |
| 1968 | 2066 | 12 |
| 1969 | 2020 | 12 |
| 1970 | 1320 | 8 |
| 1971 | 23 | 0 |
| 1972 | 751 | 5 |
| 1973 | 40 | 0 |
| 1974-1975 | 0 | 0 |
| 1976 | 152 | 0 |
| 1977 | 98 | 0 |
| 1978-1980 | 0 | 0 |

Because of the Break in Service, you do not have 15 years of Credited Service as required in Article V, Section 5.07 of our Pension Plan Booklet, which is enclosed.

---

**NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND**



535 Boylston Street
Boston, Massachusetts 02116
617-266-8900

"Advice about claims, benefits, eligibility or status of participants is based on the present rules of the Fund which are subject to change without notice."

Thomas E. Tyndall             - 2 -                June 23, 1980

RECEIVED

MAR-2 1990
PENSION FUND

All statements concerning eligibility, credits and status contained in this letter are subject to further verification and are subject to review at any time hereafter. Approval of all pensions is subject to a vote of approval by the Board of Trustees of the Fund as well as the employer's continued compliance with the Rules and Regulations of the Fund.

                                   Very truly yours,


MH/oes                             Margaret Hurst, Supervisor
Local #671                             Pension Department
Enclosure

**NEW ENGLAND
TEAMSTERS &
TRUCKING INDUSTRY
PENSION FUND**



535 Boylston Street
Boston, Massachusetts 02116-3770
Tel. 617-266-8900
Fax 617-247-8188

Toll Free Telephone Nos.
Mass. Only   800-322-1216
Out of State 800-447-7709

"Advice about claims, benefits, eligibility or status of participants is based on the present rules of the Fund which are subject to change without notice."

March 7, 1990

Thomas Tyndale
86 Forest Road
Millis, MA 02054

R:  SS# 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

Dear Mr. Tyndale:

In reply to your recent letter:

In order to qualify for vesting under the new vesting provisions for this Plan and to preserve previous Credited Service:

a. A participant must work in Covered Employment for which contributions were paid for at least 375 hours during the calendar years 1974 or 1975 or 1976.  If not, he will lose all of the Credited Service he accumulated prior to January 1, 1977;

BUT

b. If a Participant's Credited Service is cancelled because he failed to comply with (a) above, he can reinstate all of his previous Credited Service if he works at least 750 hours in Covered Employment for which contributions were paid in any calendar year after 1976;

AND

c. In order that service credit which he accumulated before January 1, 1971 can be counted toward the new vesting provisions for this Plan, a Participant must also have worked at least 750 hours in Covered Employment for which contributions were paid in each of three years on and after January 1, 1971.

We regret to advise you are not eligible any benefits from this Fund.

Very truly yours,


Margaret Hurst, Supervisor
Pension Department

MH/mm
cc: Local 671

July 12, 1990

July 12-1990

**NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND**



535 Boylston Street
Boston, Massachusetts 02116-3770
Tel. 617-266-8900
Fax 617-247-8188

Toll Free Telephone Nos.
Mass. Only 800-322-1216
Out of State 800-447-7709

"Advice about claims, benefits, eligibility or status of participants is based on the present rules of the Fund which are subject to change without notice."

Mr. Thomas E. Tyndall
86 Forest Road
Millis, MA 02054

Dear Mr. Tyndall:

We have completed processing your file and regret to advise you that your application for a Reduced Pension has been rejected. You left Covered Employment before attaining Vested Status. Starting with 1971, you failed to earn at least eight (8) months of pension credit in any of six (6) consecutive calendar years and by 1980, when you reached age fifty-two, you were out more than nine (9) years (Sections 4.04 and 6.03b). Furthermore, you do not meet the requirements for a Statutory Pension (Article VI).

As a result of this rejection, any option you elected on the application is null and void.

Before the Break, you were credited with the following years:

Prior to Contribution Period
1953, 1955-3/58                                        4 years, 3 months
During Contribution Period

| Year | Hours | Months Credit |
|------|-------|---------------|
| 1958 | 1,223 | 8 |
| 1959 | 2,092 | 12 |
| 1960 | 2,022 | 12 |
| 1961 | 2,051 | 12 |
| 1962 | 2,123 | 12 |
| 1963 | 1,943 | 12 |
| 1964 | 2,071 | 12 |
| 1965 | 2,079 | 12 |
| 1966 | 2,062 | 12 |
| 1967 | 2,070 | 12 |
| 1968 | 2,066 | 12 |
| 1969 | 2,020 | 12 |
| 1970 | 1,320 | 8 |
| 1971 | 23 | 0 |
| 1972 | 751 | 5 |
| 1973 | 40 | 0 |
| 1974 | 0 | 0 |
| 1975 | 0 | 0 |
| 1976 | 152 | 1 |
| 1977 | 98 | 0 |
|      |     | 154 = |

                                                       12 years, 10 months

Cancelled because of Break in Service - 17 years, 1 month

Mr. Thomas E. Tyndall                    -2-                    July 12, 1990

Three (3) years of Vesting Service earned after December 31, 1970, are required to make the credit earned prior to 1971 acceptable toward Years of Vesting Service. You earned only one (1) year of Vesting Service Credit (750 hours) in 1972 - Section 6.02.

Claim Procedures adopted by the Trustees require that the Fund Office advise you that you have the right to appeal this ruling within the time limit. Copy of these Procedures is enclosed.

                          Very truly yours,

                          Helen Debreceni
                          Fund Manager

HD:B
Enclosure

cc: Local Union 671

October 21, 1994

OCT 27 1994

PENSION FUND

Trustees
New England Teamsters & Trucking
    Industry Pension Fund
535 Boylston Street
Boston, Massachusetts 02116-3770

Gentlemen:

I would like to appeal the rejection of Pension Application #34422. Every time I have approached the Pension Fund for information about my credits for pension, I have received a rejection letter.

Starting with June 23, 1980 the response I received was that I had a break... which to quote "Cancels all credited service prior to 1971." I again attempted to apply for my pension with my letter of February 23, 1990, in which I explained that I had worked in the craft in union companies since 1951. I again received a negative response..."We regret to advise you are not eligible for any benefits from this fund."

However, this rejection did not dampen my spirits and I put in a formal application for my pension again on May 18, 1990. This time I went to the Boston office of the Pension Fund and was interviewed. The interviewer told me that I had lost all my credits and that even if I worked and got my six months after age forty-nine, I still would have nothing. He stated that I had lost all my previous credits because I did not work during the three years after 1970.

I received a letter from the Pension office dated July 12, 1990 reaffirming exactly what the interviewer had told me. The letter stated that my application for Reduced Pension was rejected. This time the rejection was because, "You left covered employment before attaining vested status." At the bottom of the page following the list of my years of credited service, there was a notation stating "Cancelled because of Break in Service - 17 years, 1 month." Also in that same letter the writer mentioned that three years of vesting service after 1970 is necessary to keep my previous years credit. In essence, Gentlemen, the writer stated that I had lost everything.

Now, after brooding over these rejection letters for a few years, I again addressed the Pension Fund in a letter dated June 1, 1994. To this date, I have not received a reply to this request for information.

Not to be put off, I again wrote to the Pension Fund Office on August 11, 1994. A response, dated August 30, 1994, was positive for the first time in this lengthy quest. In the letter of August 30th, I was told that I am not eligible for any benefits from this fund, but in the fourth paragraph, the letter states

Pension - Page 2

that if I earn six months contributory credits I will qualify for a Reduced Pension. My question is why was I not advised of this eligibility prior to this letter of August 30, 1994?

In the fourteen years since 1980, I was told everything negative and nothing positive. Had I been advised of this six month requirement, I would have had little trouble attaining the six months credits.

The following examines the facts of this case: The letter, dated June 23, 1980, speaks of Article IV, Section 4.04 (b) of the 1979 Pension Plan booklet. Had the writer read Article IV, Section 4.04 (c), she could have called Local 671, East Hartford, CT to verify that I had previous credits dating back to 1951 which would have proved enough credits for my vesting. Article III, Section 301 suggests in the main heading and also in Paragraph A that this verification could be made with the Local Union. This was also pointed out in the Rules of the 1974 Plan booklet in Article III, Section 2. Had this rule been reviewed, then Article V, Section 28 of the 1974 booklet would have cleared all confusion. This Rule states that anyone with fifteen years of Credited Service cannot suffer a break in service.

The letter received from the Fund office and dated March 7, 1990 deals only with the rules of the Statutory Pension and again overlooks the fact that I have well over fifteen years of Credited Service.

During the interview at the Fund Office in May or June of 1990, I was again told I had lost all my credits because I had not received any credits in 1971-72-73. The interviewer said that because of a break in service, I had lost all of my pension credits.

Soon after the May/June 1990 interview, I received a letter dated July 12, 1990 which reaffirmed what the interviewer had stated to me. The July 12th letter stated that I had seventeen years and one month credits which were cancelled because of a break in service. Obviously neither the interviewer nor the letter writter were aware of Article 4 Section 4.04(c) of the 1979 Plan booklet which clearly states, and I quote "A participant who has attained Age 52 and has fifteen pension credits shall not thereafter be subject to this Break in Service Rule." This statement is also in the 1985 booklet in Article IV Section 4.04(b).

In line with what the 1979 and 1985 booklets say about vesting, the 1974 booklet says it better in Article V Section 28 and again I quote "A covered employee who has attained age 52 and has 15 years of credited service in covered employment shall have a vested right to a pension if and when he applies for benefits and retires in accordance with the provisions of the Pension Plan. Once a covered employee has a vested right as provided in this section, he shall not be subject thereafter to the continuity of Future Service Rule in Article IV, Section 3.

To continue, your letter dated August 30, 1994 states in Paragraph 4 that because of my failure to earn six months of contributary credit after age forty

Pension - Page 3

nine, I am still disqualified for a pension. Gentlemen, this paragraph should have been written fourteen years ago. It should have been in the letter of June 23, 1980 and in all subsequent letters. The same information should have been explained to me by the interviewer rather than by his denial that this option existed.

In summing up this appeal, I put forth some of the obstacles I now face.
1. There are less job opportunities due to deregulation and the closing of a great number of Union Trucking Companies.

2. Because of all the rejection letters received from the Pension Fund, I felt there was no reason to apply for my Commercial Drivers License (CDL). As it stands now, I will have to go to school to regain my right to drive heavy equipment...a right I had since Class One Licenses were instituted.

3. My age and physical condition. I am now sixty-six years and nine months old and I suffer from an arthitic degenerative spine for which I am now being treated for at a VA Hospital.

All in all, Gentlemen, I do not think I was treated fairly and I now appeal to you to right this wrong.

Sincerely,

*[signature]*
Thomas E. Tyndall

Thomas E. Tyndall
RR #1  Box 65B
Thetford Center, VT  05075

Encs.

cc: Harold Kastle