UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, DAVID W. LAUGHTON, PAUL V. WALSH, ANTHONY S. BUONPANE, GEORGE W. CASHMAN, J. LEO BARRY, JOHN J. MCCARTHY, JR., WILLIAM M. VAUGHN III, and J. DAWSON CUNNINGHAM,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:03cv194(CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR SUMMARY JUDGMENT

Defendants hereby file this Opposition to Plaintiff's Motion for Summary Judgment. Plaintiff cites no new issues not already raised in his Opposition to Defendant's Supplemental Motion for Summary Judgment. Therefore, Defendants cite to Defendant's own Supplemental Motion for Summary Judgment, Memorandum of Law in Support of Defendants' Motion for Summary Judgment, and Defendants' Reply Memorandum of Law, all of which have already been filed with the Court, in support of their Opposition to Plaintiff's Motion for Summary Judgment.

NEW ENGLAND TEAMSTERS AND
TRUCKING INDUSTRY PENSION
FUND, ET AL
By their attorneys,

_____
Jonathan M. Conti
Federal Bar No. ct24593
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976
www:jmc@fczlaw.com


By Local Counsel,

_____
Thomas M. Brockett,
Federal Bar No. ct10873
Robert M. Cheverie & Associates, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108]
(860) 290-9610
www:CheverieAndAssoc@AOL.com

Dated: 11/28/05

## CERTIFICATE OF SERVICE

I, Thomas M. Brocket, hereby certify that I caused a copy of the foregoing to be served on pro se plaintiff Thomas E. Tyndall by sending a copy thereof via first class mail to Thomas E. Tyndall, P.O. Box 6041, Wolcott, CT 06716.

_____
Thomas M. Brockett