UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW ENGLAND TEAMSTERS & TRUCKING ) | |
| INDUSTRY PENSION FUND, ) | Case No. 3:03cv194(CFD) |
| DAVID W. LAUGHTON, PAUL V. WALSH, ) | |
| ANTHONY S. BONPANE, GEORGE W. ) | |
| CASHMAN, J. LEO BARRY, JOHN J. ) | |
| MCCARTHY, JR., WILLIAM M. VAUGHN III, ) | |
| and J. DAWSON CUNNINGHAM, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO SUBMIT A MEMORANDUM IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR SUMMARY JUDGMENT.**

Plaintiff requests permission to file a Memorandum in Support of Plaintiff's Request for Summary Judgment filed 11-18-2005, Docket Number 54.

Sincerely,

Thomas Tyndall

Dated this 22nd day of December, 2005.

> Respectfully submitted,
> By the Plaintiff, Pro-Se,
>
> *Thomas E. Tyndall*
> Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, Pro Se Plaintiff, certify that I caused a copy of the foregoing to be served to the following by __HAND__ on December 22, 2005.

Thomas M. Brockett, Local Counsel for the Defendants
Robert M. Cheverie & Associates, P.C.
333 East River Drive
East Hartford, CT  06108

United States District Court for the District of Connecticut
Abraham Ribicoff Building
Main Street
Hartford, CT

> Plaintiff Pro-Se,
>
> *Thomas E. Tyndall*
> Thomas E. Tyndall