UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND TEAMSTERS & TRUCKING )<br>INDUSTRY PENSION FUND, )<br>DAVID W. LAUGHTON, PAUL V. WALSH, )<br>ANTHONY S. BONPANE, GEORGE W. )<br>CASHMAN, J. LEO BARRY, JOHN J. )<br>MCCARTHY, JR., WILLIAM M. VAUGHN III, )<br>and J. DAWSON CUNNINGHAM, )<br>)<br>Defendants. ) | Case No. 3:03cv194(CFD) |

## MOTION FOR LEAVE TO SUBMIT A MEMORANDUM IN SUPPORT OF PLAINTIFF'S APPLICATION FOR SUMMARY JUDGMENT.

Plaintiff requests permission to file a Memorandum in Support of Plaintiff's Request for Summary Judgment filed 11-18-2005, Docket Number 54.

Sincerely,

Thomas Tyndall

Dated this 21st day of July, 2006.

Respectfully submitted,
By the Plaintiff, Pro-Se,

_____
Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, Pro Se Plaintiff, certify that I caused a copy of the foregoing to be served to the following by **First Class Mail** on July 21, 2006.

Thomas M. Brockett, Local Counsel for the Defendants
Robert M. Cheverie & Associates, P.C.
333 East River Drive
East Hartford, CT 06108

United States District Court for the District of Connecticut
Abraham Ribicoff Building
450 Main Street
Hartford, CT 06103

Plaintiff Pro-Se,

_____
Thomas E. Tyndall