UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND TEAMSTERS & TRUCKING )<br>INDUSTRY PENSION FUND, )<br>DAVID W. LAUGHTON, PAUL V. WALSH, )<br>ANTHONY S. CONPANE, GOERGE W. )<br>CASHMAN, J. LEO BARRY, JOHN J. )<br>MCCARTHY, JR., WILLIAM M. VAUGHN III, )<br>and J. DAWSON CUNNINGHAM, )<br>)<br>Defendants. ) | Case No. 3:03cv194(CFD) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S REQUEST
FOR SUMMARY JUDGMENT.**

The Pension Plan in effect at the time of Plaintiff's Application for Retirement (1985) does call for interest, costs, and Attorney fees without limitations to be awarded to the damaged party.

*Section 8.02. Information and Proof.* Every claimant for benefits shall furnish, a the request of the Trustees, any information or proof reasonable required to determine his benefit rights. If the claimant makes a willfully false statement material to his application or furnishes fraudulent information or proof material to his claim, benefits not vested under this Plan (as defined in Section 8.09) may be denied, suspended, or discontinued. The Trustees shall have the right to recover, through legal proceedings or offsetting against future benefits any benefits paid in reliance on any false statement, information, or proof submitted by a claimant (including withholding of material fact) plus interest and costs, including attorney fees, without limitation

by recovery through offset of benefit payments as permitted by this Section. Further, in the administration of these rules concerning suspension of benefits, the Trustees may require of the Pensioner that he furnish evidence from the Social Security Administration concerning his employment history during a specified period of time.

The ERISA Law although does not specifically call for interest on long over due payments, it also does not deny interest on these payments, however, *Section 412(5)* deals with interest. (5) Interest.-The funding standard account shall be charged or credited with interest at the appropriate rate consistent with the rate or rates of interest used under the plan to determine costs.

Again *ERISA Section 514(2)(A):* Except as provided in subparagraph (B), nothing in this title shall be construed to exempt or relieve any person from any law of any State which regulates insurance, banking, or securities.

For sure Insurance Companies, Banks, and Security Companies deal with interest both inbound and outbound. Interest is a main tool of their trade.

                                                Sincerely,

                                                Thomas E. Tyndall
                                                July 21, 2006