UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 AUG -2  P 3: 26

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| THOMAS E. TYNDALL,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND TEAMSTERS & TRUCKING<br>INDUSTRY PENSION FUND,<br>DAVID W. LAUGHTON, PAUL V. WALSH,<br>ANTHONY S. BONPANE, GEORGE W.<br>CASHMAN, J. LEO BARRY, JOHN J.<br>MCCARTHY, JR., WILLIAM M. VAUGHN III,<br>and J. DAWSON CUNNINGHAM,<br><br>    Defendants. | Case No. 3:03cv194(CFD) |

## MOTION FOR LEAVE TO SUBMIT A MOTION TO RECONSIDER DOCKET #64.

Plaintiff requests permission to file a Memorandum in Support of Plaintiff's Request for Summary Judgment filed August 2, 2006, Docket #64.

Sincerely,

Thomas E. Tyndall