UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 AUG -2 P 3: 26

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| THOMAS E. TYNDALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW ENGLAND TEAMSTERS & TRUCKING ) | |
| INDUSTRY PENSION FUND, ) | Case No. 3:03cv194(CFD) |
| DAVID W. LAUGHTON, PAUL V. WALSH, ) | |
| ANTHONY S. BONPANE, GEORGE W. ) | |
| CASHMAN, J. LEO BARRY, JOHN J. ) | |
| MCCARTHY, JR., WILLIAM M. VAUGHN III, ) | |
| and J. DAWSON CUNNINGHAM, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RECONSIDER ORDER #64 DENYING 32 MOTION, DENYING 34 MOTION, DENYING MOTION 41 MOTION TO STRIKE, DENYING MOTION 47 TO STRIKE.

In the event the court does not reconsider Order #64 motions #32-#34-#41 and #47, would the court please explain in layman (Pro-Se) terms why each and every one of these motions were denied.

Sincerely,

Thomas E. Tyndall

Dated this 2nd day of August, 2006.

                                                      Respectfully submitted,
                                                      By the Plaintiff, Pro-Se,

                                                      Thomas E. Tyndall

## CERTIFICATE OF SERVICE

I, Thomas E. Tyndall, Pro Se Plaintiff, certify that I caused a copy of the foregoing to be served to the following by 1st Class Mail on August 2, 2006.

    Thomas M. Brockett, Local Counsel for the Defendants
    Robert M. Cheverie & Associates, P.C.
    333 East River Drive
    East Hartford, CT  06108

    United States District Court for the District of Connecticut
    Abraham Ribicoff Building
    450 Main Street
    Hartford, CT 06103

                                                      Plaintiff Pro-Se,

                                                      Thomas E. Tyndall