UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL,<br><br>  Plaintiff,<br><br>v.<br><br>NEW ENGLAND TEAMSTERS & TRUCKING<br>INDUSTRY PENSION FUND,<br>DAVID W. LAUGHTON, PAUL V. WALSH,<br>ANTHONY S. BUONPANE, GEORGE W.<br>CASHMAN, J. LEO BARRY, JOHN J.<br>MCCARTHY, JR., WILLIAM M. VAUGHN III,<br>and J. DAWSON CUNNINGHAM,<br><br>  Defendants. | Case No. 3:03cv194(CFD) |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

Defendants hereby file this Opposition to Plaintiff's Second Motion for Summary Judgment which was filed on August 2, 2006 (Docket Number 68). Plaintiff previously filed a Motion for Summary Judgment on November 18, 2005 (Docket Number 54). Plaintiff cites no new issues not already raised in his first Motion for Summary Judgment. Plaintiff's first Motion for Summary Judgment in turn raised no new issues not already raised in Plaintiff's Opposition to Defendants' Supplemental Motion for Summary Judgment (Docket Number 35).

Thus, Defendants cite to Defendants' own Supplemental Motion for Summary Judgment, Memorandum of Law in Support of Defendants' Supplemental Motion for Summary Judgment, and Defendants' Reply Memorandum of Law in Support of its Supplemental Motion for Summary Judgment (Docket Numbers 43, 44, and 51), as well

as Defendants' Opposition to Plaintiff's first Motion for Summary Judgment (Docket Number 58), all of which have already been filed with the Court, in support of their Opposition to Plaintiff's Second Motion for Summary Judgment.

Dated this __7__ day of August, 2006.		Respectfully submitted,

					For the Defendants
					By their attorneys,

					_____
					Jonathan M. Conti
					Federal Bar No. ct24593
					Feinberg, Campbell & Zack, P.C.
					177 Milk Street
					Boston, MA  02109
					(617) 338-1976
					www:jmc@fczlaw.com


					By Local Counsel,

					_____
					Thomas M. Brockett,
					Federal Bar No. ct10873
					Robert M. Cheverie & Associates, P.C.
					333 East River Drive, Suite 101
					East Hartford, CT 06108]
					(860) 290-9610
					www:CheverieAndAssoc@AOL.com

### CERTIFICATE OF SERVICE

I, Thomas M. Brockett, hereby certify that I caused a copy of the foregoing to be served on pro se plaintiff Thomas E. Tyndall by sending a copy thereof via certified mail on August __7__, 2006 addressed to Thomas E. Tyndall, P.O. Box 6041, Wolcott, CT 06716.

					_____
					Thomas M. Brockett