UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS E. TYNDALL : | |
| : | |
| v. : | CASE NO. 3:03CV194(CFD) |
| : | |
| NEW ENGLAND TEAMSTERS &, | |
| TRUCKING INDUSTRY PENSION | |
| FUND, DAVID W. LAUGHTON, : | |
| ANTHONY S. BUONPANE | |
| GEORGE W. CASHMAN, J. LEO BARRY : | |
| JOHN J. MCCARTHY, JR., | |
| WILLIAM M. VAUGHN, III, : | |
| J. DAWSON CUNNINGHAM | |
| PAUL V. WALSH : | |

## JUDGMENT

This action having come on for consideration of the defendants' Supplemental Motion for Summary Judgment and the Plaintiff's Motion for Summary Judgment before the Honorable Christopher F. Droney, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting the defendants' motion and denying the plaintiff's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 28th day of December, 2006.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk